UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,

    Petitioner,

v.                                                           Case No. 3:26cv3646-AW-HTC

RICKY D. DIXON,

    Respondent.

_____/

ORDER and
REPORT AND RECOMMENDATION

Petitioner Matthew A. Tobin, proceeding *pro se*, filed a petition under 28 U.S.C. § 2254, challenging his conviction in the First Judicial Circuit for Okaloosa County Case Number 2015 CF 2644. Doc. 1 at 1. Upon review of the petition and after taking judicial notice of the relevant state court documents, the undersigned *sua sponte* recommends the petition be DISMISSED without an evidentiary hearing as UNTIMELY. It was filed almost six (6) years after the statute of limitations expired.

## I.    STANDARD FOR DISMISSAL UNDER RULE 4

Under Habeas Rule 4, "[t]he clerk must promptly forward the petition to a judge under the court's assignment procedure, and the judge must promptly examine it. If it plainly appears from the petition and any attached exhibits that the petitioner

is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner."  Rule 4 requires district courts to dismiss § 2254 petitions without ordering a response "[i]f it plainly appears from the petition that the petitioner is not entitled to relief."  *Paez v. Sec'y, Fla. Dep't of Corr.*, 947 F.3d 649, 651 (11th Cir.), *cert. denied sub nom. Paez v. Inch*, 141 S. Ct. 309 (2020).

This preliminary review calls on a district court to screen the petition prior to service and dismiss the petition, *sua sponte*, upon a determination that it contains no meritorious claim for relief.  *See* Rules Governing § 2254 Cases, R. 4 advisory committee notes ("it is the duty of the court to screen out frivolous applications"). The procedure serves to "eliminate the burden that would be placed on the respondent by ordering an unnecessary answer."  *Id.*

A dismissal under Rule 4 may be appropriate both on the merits and upon a finding that the petition is procedurally barred.  *Paez*, 947 F.3d at 649.  Specifically, a district court may *sua sponte* dismiss a § 2254 petition if it is clear the petition is untimely.  *Kilgore v. Att'y Gen. of Colo.*, 519 F.3d 1084, 1089 (10th Cir. 2008); *Jackson v. Sec'y for Dep't of Corr.*, 292 F.3d 1347, 1349 (11th Cir. 2002) (*per curiam*) ("even though the statute of limitations is an affirmative defense, the district court may review *sua sponte* the timeliness of the section 2254 petition").

## II.   THE PETITION IS UNTIMELY

Pursuant to the requirements set forth in 28 U.S.C. § 2244, as amended by the Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), a § 2254 petition must

be filed within one year of "the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review." 28 U.S.C. § 2244(d)(1)(A).[1]  However, the one-year period is tolled for "[t]he time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending."  28 U.S.C. § 2244(d)(2).  As discussed below, Tobin's federal petition is untimely because the one-year statute of limitations period began to run in 2016 and, even with tolling, expired in January 2018.

In 2015, Tobin was charged with violating a domestic violence injunction and armed trespass on property other than a structure or conveyance.  *See State of Florida v. Tobin,* 2015 CF 002644.[2]  In 2016, while on probation in the 2015 case, Tobin was charged with burglary of an unoccupied dwelling and criminal mischief.  *See State of Florida v. Tobin,* 2016 CF 000355.  Tobin pled no contest to all the charges.

On May 23, 2016,[3] the Court entered an Amended Judgment and Sentence in both cases, sentencing Tobin to 5 years on the armed trespass charge, time served

---

[1] Although there are other "trigger" dates under the AEDPA, none of those apply here.  *See* 28 U.S.C. § 2244(d)(1)(B)-(D).

[2] The dockets for the criminal cases referenced herein are available online and are also attached hereto as Exhibit A.  However, because the filed documents are available only to registered users, the Court has also attached those filings referenced herein as exhibits to this report.  *See Paez*, 947 F.3d at 652 (finding "the District Court acted properly when it took notice of the state court dockets as well as when it sua sponte dismissed the petition without ordering a response from the Secretary").

[3] Although the Court signed the Amended Judgment on April 14, 2016, and it was "done in open court" on March 31, 2016, it was not filed until May 23, 2016.  Thus, for purposes of the timeliness analysis, the Court will use the more favorable-to-Petitioner May 23, 2016 date.

for the violation of domestic violence injunction charge, 10 years on the burglary charge, and time served for the criminal mischief charge.[4]  The sentences for the armed trespass and burglary charges were to run consecutive for a total sentence of 15 years, concurrent with the other sentences.  *See* Amended Judgment, Exhibit B.

Tobin did not file a direct appeal.  Thus, Tobin's conviction became final thirty (30) days later or on June 22, 2016, when the time for Tobin to file a direct appeal expired.  *See Gust v. State*, 535 So. 2d 642 (Fla. 1st DCA 1988) (if a defendant does not appeal the conviction or sentence, judgment becomes final when the 30-day period for filing a direct appeal expires).

In July 2016, Tobin filed a *pro se* motion to withdraw his plea; the motion was dismissed on August 25, 2016.  Tobin did not appeal the circuit court's decision. In September 2016, Tobin filed a *pro se* 3.850 motion alleging ineffective assistance of counsel.  On November 11, 2016, the circuit court dismissed the motion, with leave for Tobin to file an amended motion within 60 days.  *See* Order, Exhibit C. Tobin did not file an amended 3.850 motion by the due date.  Instead, in October 2017, Tobin filed a motion for resentencing, which the circuit court dismissed for lack of jurisdiction on October 12, 2017.[5]  Tobin did not appeal the court's dismissal.

---

[4] Tobin filed a federal habeas case challenging 2016 CF 000355.  This Court denied the petition as untimely.  *See Tobin v. Dixon*, 3:24-cv-00467-AW-HTC (N.D. Fla. Jan. 22, 2025).

[5] See Exhibit D attached hereto.  Because the court entered one judgment in both cases, the motion for re-sentencing was docketed by the clerk in both cases, as was true with Tobin's other post-conviction motions.  *See* Exhibit E, attached hereto, noting the motion for re-sentencing was

Tobin did not file another postconviction motion until July 2019, more than a year after the circuit court dismissed his motion for resentencing. Thus, Tobin had no application for postconviction relief pending from October 12, 2017, which would have tolled the AEDPA 1-year statute of limitations before it expired.

In the petition, Tobin does not dispute that the petition is untimely. Instead, he seeks the benefit of equitable tolling and claims he was abandoned by two attorneys, could not obtain representation by other attorneys, is ignorant to the workings of the justice system, and is "being tortured in prison." Doc. 1 at 14. While equitable tolling may allow an otherwise untimely petition to proceed, it is not applicable here.

Equitable tolling is applied sparingly, *Steed v. Head*, 219 F.3d 1298, 1300 (11th Cir. 2000), and is available "only in truly extraordinary circumstances." *Johnson v. United States*, 340 F.3d 1219, 1226 (11th Cir. 2003), *aff'd* 544 U.S. 295

---

docketed in both cases. When the circuit court denied the motion, however, the order was docketed only in *State of Florida v. Tobin,* 2016 CF 000355, even though it should have been docketed in both cases. Regardless, as stated above Tobin does not deny that the petition is untimely *and* even assuming the court had not terminated the motion in *State of Florida v. Tobin,* 2015 CF 002644 as untimely, this Court must make that determination in deciding whether the petition is timely filed because an untimely post-conviction motion cannot toll the AEDPA limitations period. *See Gorby v. McNeil*, 530 F.3d 1363, 1368 (2008) ("We will not allow the tolling of AEDPA's limitations period when it is clear that the petitioner failed to seek timely review in state court."); *see also*, *See Geathers v. Sec'y, Dep't of Corr.*, 2025 WL 1276013, at *2 (11th Cir. May 2, 2025) ("if a state court does not expressly rule on the timeliness of a post-conviction motion, then 'the federal court must decide whether the filing was timely under state law'") (internal citations omitted). Here, as the circuit court noted in the order denying the motion which was docketed in 2016 CF 000355, the motion for resentencing is untimely under Florida law because it was filed more than 60 days after Tobin was sentenced. *See* Fla. R. Crim. Proc. 3.800(c). Thus, it cannot toll the AEDPA limitations period.

(2005). Thus, to benefit from equitable tolling a petitioner must show "(1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way' and prevented timely filing." *Holland v. Florida*, 560 U.S. 631, 649 (2010) (quoting *Pace v. DiGuglielmo*, 544 U.S. 408, 418 (2005)). Vague or conclusory allegations are insufficient to satisfy the petitioner's burden to show how he acted with diligence. *Lugo v. Sec'y, Fla. Dep't of Corr.*, 750 F.3d 1198, 1209-10 (11th Cir. 2014); *Hutchinson v. Florida,* 677 F.3d 1097, 1099 (11th Cir. 2012) ("[T]he allegations supporting equitable tolling must be specific and not conclusory."). And to establish an extraordinary circumstance, a petitioner must show a causal connection between the alleged circumstance and the late filing, *San Martin v. McNeil*, 633 F.3d 1257, 1267 (11th Cir. 2011), and the extraordinary circumstance must be "unavoidable even with diligence." *Sandvik v. United States*, 177 F.3d 1269, 1271-72 (11th Cir. 1999) (per curiam).

Here, Tobin's claims are conclusory and far from specific. Tobin does not provide any facts to support these bald allegations. Moreover, he does not explain how any conduct by the judge, prison officials, or his attorneys prevented him from timely filing a habeas petition.

## III.  CONCLUSION

For the reasons set forth above, the undersigned recommends the petition be dismissed *sua sponte* as untimely. A court does not err by *sua sponte* dismissing a § 2254 petition if it gives the petitioner notice of its decision and an opportunity to

Case No. 3:26cv3646-AW-HTC

be heard in opposition. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019) (holding that the district court did not err by *sua sponte* dismissing habeas petition after giving notice and an opportunity to respond). This Report and Recommendation serves that function. *See Paez*, 947 F.3d at 649. Additionally, the undersigned will direct the clerk to provide the Secretary and the Attorney General's office a copy of the petition and this Report and Recommendation so that the Secretary will also have an opportunity to inform the Court if he intends to waive the timeliness defense. *See id.*

The undersigned also finds that an evidentiary hearing is not warranted. In deciding whether to grant an evidentiary hearing, this Court must consider "whether such a hearing could enable an applicant to prove the petition's factual allegations, which, if true, would entitle the applicant to federal habeas relief." *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007). Here, because Petitioner's petition is time-barred, an evidentiary hearing is not warranted.

## IV.    CERTIFICATE OF APPEALABILITY

Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts provides: "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." If a certificate is issued, "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)." 28 U.S.C. § 2254 Rule 11(a). A timely notice

Case No. 3:26cv3646-AW-HTC

of appeal must still be filed, even if the court issues a certificate of appealability. 28 U.S.C. § 2254 Rule 11(b).

After reviewing the record, the Court finds no substantial showing of the denial of a constitutional right. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000) (explaining how to satisfy this showing) (citation omitted). Therefore, it is also recommended that the district court deny a certificate of appealability in its final order.

Accordingly, it is ORDERED:

1.      The clerk shall serve a copy of the petition and this Order and Report and Recommendation to the Respondent Ricky Dixon by providing a copy of same to the Secretary and to the Attorney General. Despite such service of the petition, the Respondent does not have to, but may, file an answer, motion, or other response.

Additionally, it is respectfully RECOMMENDED:

1.      That the petition be DISMISSED under Habeas Rule 4 as untimely.

2.      That a certificate of appealability be DENIED.

3.      That the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of May, 2026.

*/s/ Hope Thai Cannon*

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 3:26cv3646-AW-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed **within fourteen (14) days** after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Records Search logo      Okaloosa County Clerk - Court Records Search

## 2015 CF 002644 C : STATE OF FLORIDA vs. TOBIN, MATTHEW ALLEN

| | | | |
|---|---|---|---|
| Case Type: | CF - Felony | Date Filed: | 11/23/2015 |
| Location: | Crestview (North) | UCN: | 462015CF002644XXXACX |
| Judge: | John Jay Gontarek | Status: | Closed |
| Citation Number: | CF - Felony | Appear By Date: | |

### Parties

| Name | DOB | Type | Attorney | Atty Phone |
|---|---|---|---|---|
| STATE OF FLORIDA | | Plaintiff (Criminal) | KIMBERLY TORRES | ktorres@osa1.org |
| MATTHEW ALLEN TOBIN | 6/20/1982 | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|
| 11/19/2015 | 1. VIOL INJUNCTION PROTECTION DOMESTIC VIOLENCE Statute: 741.31(4a) First Degree Misdemeanor | 2/1/2016 Nolo Contendere | 11/19/2015 OBTS:4602072210 Sequence:1 Control Number:15OFF014482 Arresting Agency:Okaloosa County Sheriff | 2/1/2016 Guilty - No Trial | |
| 11/19/2015 | 2. TRESPASSING-PROPERTY ARMED Statute: 810.09(2c) Third Degree Felony | 2/1/2016 Nolo Contendere | 11/19/2015 OBTS:4602072210 Sequence:2 Control Number:15OFF014482 Arresting Agency:Okaloosa County Sheriff | 2/1/2016 Guilty - No Trial | |

### Docket Events

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 459 | 4/27/2026 | SUPREME COURT RECEIPT<br><br>Comments: SC2026-631 | 2 |
| 458 | 4/17/2026 | Mandate Affirmed<br><br>Comments: DCA (1D2024-2828) | 4 |
| 457 | 2/20/2026 | 1DCA ORDER<br><br>Comments: BARRING APPELLANT MATTHEW A TOBIN FROM ANY FURTHER PRO SE FILINGS RELATED TO CASE NUMBERS 15-CF-2644 OR 16-CF-355 AND INSTRUCTS DCA CLERK TO REJECT ANY FILINGS FILED PRO SE AND FURTHER DIRECTS DCA CLERK TO FORWARD A CERTIFIED COPY TO THE PRISION FOR ANY DISCIPLINARY ACTION THAT MAY BE CONSIDERED APPROPRIATE (1D2024-2828) | 3 |
| 456 | 1/16/2025 | CLERK'S APPEAL WORKSHEET & PROCESSING CHECKLIST<br><br>Comments: CLERK'S APPEAL WORKSHEET & PROCESSING CHECKLIST | 1 |
| 455 | 12/18/2024 | INDEX TO RECORD ON APPEAL<br><br>Comments: INDEX TO RECORD ON APPEAL (1D2024-2828) | 1 |
| 453 | 11/21/2024 | EMAIL SENT<br><br>Comments: EMAIL SENT- RECIPIENTS: INDIGENT OFFICE, APPEALS SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: DFI-11/21/2024 | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 452 | 11/21/2024 | DEFENDENT DETERMINED TO BE INDIGENT BY EXAMINER | 2 |
| | | Comments: DEFENDENT DETERMINED TO BE INDIGENT BY EXAMINER | |
| 451 | 11/21/2024 | AFFIDAVIT FOR INDIGENT STATUS (OBTS) | 1 |
| | | Comments: AFFIDAVIT FOR INDIGENT STATUS (OBTS) | |
| 450 | 11/21/2024 | FEE ASSESSED | |
| | | Comments: AFFIDAVIT FOR INDIGENT STATUS (OBTS) ASSESSED $50.00 | |
| 454 | 11/19/2024 | REQUEST FOR: | 2 |
| | | Comments: DEFENDANT'S REQUEST FOR COPY OF INDIGENCY ORDER | |
| 448 | 11/5/2024 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: TURNER, JUSTINA CLARA JASSEN SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: ODEN-11/4/2024 | |
| 447 | 11/5/2024 | CERTIFICATE OF SERVICE FILED | 1 |
| | | Comments: CERTIFICATE OF SERVICE FILED | |
| 449 | 11/4/2024 | ORDER | 2 |
| | | Comments: ORDER DISMISSING DEF'S MOTION TO COMPEL DISCOVERY | |
| 446 | 11/4/2024 | ORDER DENYING MOTION | 4 |
| | | Comments: ORDER DENYING"PETITION FOR REHEARING DUE TO NEW WITNESS" AND WARNING DEF REGARDING FURTHER FRIVOLOUS FILINGS WITH DIRECTION CLERK | |
| 443 | 11/1/2024 | RECEIPT DCA - NOTICE OF APPEAL | 7 |
| | | Comments: RECEIPT DCA - NOTICE OF APPEAL (1D2024-2828) | |
| 442 | 11/1/2024 | MEMO TO DEF RE: | 1 |
| | | Comments: MEMO TO DEF RE: MATTHEW TOBIN | |
| 441 | 11/1/2024 | EMAIL SENT | |
| | | Comments: EMAIL SENT- JUDGE JA STATE & ATTY RECIPIENTS: MCKINNEY, JASON SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-11/1/2024 | |
| 440 | 11/1/2024 | MOTION | 2 |
| | | Comments: MOTION TO COMPEL DISCOVERY | |
| 445 | 10/31/2024 | NOTICE OF APPEAL | 11 |
| | | Comments: NOTICE OF APPEAL (COPY AS RECEIVED FROM DCA) | |
| 444 | 10/31/2024 | 1DCA ORDER | 2 |
| | | Comments: 1DCA ORDER - WITHIN 30 DAYS OF THIS ORDER APPELLANT TO PAY FILING FEE OR FILE AND ORDER OR INSOLVENCY | |
| 439 | 10/15/2024 | ORDER | 1 |
| | | Comments: ORDER STRIKING DEF'S MOTION FOR "CONTEMPT OF COURT AND MOTION FOR CLARIFICATION | |
| 438 | 10/15/2024 | ORDER | 1 |
| | | Comments: ORDER STRIKING CORRESPONDENCE | |
| 437 | 10/14/2024 | ORDER | 1 |
| | | Comments: ORDER STRIKING CORRESPONDENCE | |
| 436 | 10/11/2024 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-10/11/2024 | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 435 | 10/11/2024 | MEMO TO DEF RE:<br><br>Comments: MEMO TO DEF RE: MOTION FOR CLARIFICATION | 1 |
| 434 | 10/11/2024 | MOTION<br><br>Comments: MOTION FOR CLARIFICATION | 2 |
| 433 | 10/7/2024 | MEMO TO DEF RE:<br><br>Comments: MEMO TO DEF RE: MATTHEW TOBIN | 1 |
| 432 | 10/7/2024 | EMAIL SENT<br><br>Comments: EMAIL SENT- JUDGE JA STATE & ATTY RECIPIENTS: TORRES, KIMBERLY; MCKINNEY, JASON SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: REQF-10/7/2024 | |
| 431 | 10/7/2024 | REQUEST FOR:<br><br>Comments: REQUEST FOR DISCOVERY | 2 |
| 430 | 10/7/2024 | MEMO TO DEF RE:<br><br>Comments: MEMO TO DEF RE: TOBIN MATTHEW | 1 |
| 429 | 10/7/2024 | EMAIL SENT<br><br>Comments: EMAIL SENT- JUDGE JA STATE & ATTY RECIPIENTS: TORRES, KIMBERLY; MCKINNEY, JASON SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: REQF-10/7/2024 | |
| 428 | 10/7/2024 | REQUEST FOR:<br><br>Comments: REQUEST FOR PETITION FOR REHARING DUE TO NEW WITNESS | 4 |
| 427 | 9/30/2024 | MEMO TO DEF RE:<br><br>Comments: MEMO TO DEF RE: MATTHEW TOBIN | 1 |
| 426 | 9/30/2024 | JUDGE ASSIGNED<br><br>Comments: JUDGE GONTAREK, JOHN JAY: ASSIGNED | |
| 425 | 9/30/2024 | EMAIL SENT<br><br>Comments: EMAIL SENT- JUDGE JA STATE & ATTY RECIPIENTS: TORRES, KIMBERLY; MCKINNEY, JASON SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: CORES-9/30/2024 | |
| 424 | 9/27/2024 | CORRESPONDENCE<br><br>Comments: CORRESPONDENCE- CONTEMPT OF COURT | 3 |
| 423 | 12/26/2023 | MAIL RETURNED UNDELIVERABLE<br><br>Comments: MAIL RETURNED UNDELIVERABLE | 2 |
| 422 | 12/8/2023 | MEMO TO DEF RE:<br><br>Comments: MEMO TO DEF RE: CORRESPONDENCE | 1 |
| 421 | 12/8/2023 | CORRESPONDENCE<br><br>Comments: CORRESPONDENCE | 24 |
| 420 | 12/28/2022 | REQUEST FOR:<br><br>Comments: REQUEST FOR: INFORMATION | 1 |
| 419 | 11/15/2019 | EMAIL SENT<br><br>Comments: EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: O-11/14/2019 | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 417 | 11/15/2019 | CERTIFICATE OF SERVICE FILED | 1 |
| | | Comments: CERTIFICATE OF SERVICE FILED | |
| 418 | 11/14/2019 | REOPENED CASE CLOSED | |
| | | Comments: REOPENED CASE CLOSED | |
| 415 | 11/14/2019 | ORDER | 13 |
| | | Comments: FINAL ORDER DISMISSING DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF | |
| 414 | 10/21/2019 | FEE ASSESSED | |
| | | Comments: COLLECTION SERVICE CHARGES APPLIED - PENN CREDIT ASSESSED $320.25 | |
| 413 | 10/16/2019 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: THE COURT SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 2 EMAILDOCKETDESCRIPTIONS: DMOTREQ-10/16/2019,MPCR-10/15/2019 | |
| 412 | 10/16/2019 | MEMO TO DEF RE: | 1 |
| | | Comments: MEMO TO DEF RE: MOTION FOR POST CONVICTION RELIEF | |
| 411 | 10/15/2019 | CASE REOPENED | |
| | | Comments: CASE REOPENED FOR MOTION FOR POST CONVICTION RELIEF | |
| 410 | 10/15/2019 | MOTION FOR POST CONVICTION RELIEF | 8 |
| | | Comments: MOTION FOR POST CONVICTION RELIEF | |
| 409 | 8/9/2019 | ORDER | 9 |
| | | Comments: ORDER DISMISSING DEFENDANT'S MOTION TO REDUCE OR MODIFY SENTENCE | |
| 408 | 7/31/2019 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY; THE COURT SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 2 EMAILDOCKETDESCRIPTIONS: DMOTREQ-7/31/2019,MOT-7/31/2019 | |
| 407 | 7/31/2019 | MEMO TO DEF RE: | 1 |
| | | Comments: MEMO TO DEF RE: MOTION FOR SENTENCE MODIFICATION | |
| 406 | 7/31/2019 | MOTION | 2 |
| | | Comments: PRO SE MOTION FOR SENTENCE MODIFICATION | |
| 405 | 8/28/2018 | AMENDED DISCOVERY EXHIBIT FILED | 1 |
| | | Comments: AMENDED DISCOVERY EXHIBIT FILED | |
| 404 | 10/6/2017 | MEMO TO DEF RE: | 1 |
| | | Comments: MEMO DEF MOTION OR REQUEST FOR MOTION FOR RE-SENTENCING | |
| 403 | 10/6/2017 | CORRESPONDENCE | 3 |
| | | Comments: CORRESPONDENCE FILED FROM DEF: MOTION TO RESENTENCING | |
| 401 | 11/18/2016 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: ORD-11/14/2016 | |
| 402 | 11/14/2016 | REOPENED CASE CLOSED | |
| | | Comments: REOPENED CASE CLOSED | |
| 400 | 11/14/2016 | ORDER | 2 |
| | | Comments: ORDER DISMISSING DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 396 | 11/1/2016 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: THE COURT SUBJECT: SERVICE OF COURT DOCUMENT 16CF355; 15CF2644, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: DMOTREQ-9/15/16 | |
| 395 | 9/15/2016 | MEMO TO DEF RE: | 4 |
| | | Comments: PRO SE MOTION 3.850 INEFFECTIVE ASSISTANCE OF COUNSEL | |
| 399 | 9/15/2016 | CASE REOPENED | |
| | | Comments: CASE REOPENED FOR ANY OTHER REASON | |
| 398 | 9/13/2016 | NOTICE OF FILING | 5 |
| | | Comments: NOTICE OF FILING | |
| 397 | 8/25/2016 | ORDER | 8 |
| | | Comments: ORDER DISMISSING DEF'S MOTION TO WITHDRAW PLEA | |
| 0 | 8/16/2016 | ORDER OF REVOCATION OF PROBATION | 1 |
| | | Comments: AMENDED ORDER OF REVOCATION OF PROBATION - Recorded (OR.3261.3617 / 3083924) | |
| 396 | 8/12/2016 | ORDER OF REVOCATION OF PROBATION | 1 |
| | | Comments: AMENDED ORDER OF REVOCATION OF PROBATION | |
| 392 | 8/10/2016 | EMAIL SENT | |
| | | Comments: EMAIL SENT- RECIPIENTS: STAFF ATTORNEY SUBJECT: SERVICE OF COURT DOCUMENT 2016 CF 000355 C; 15CF2644, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-7/20/2016 | |
| 391 | 7/20/2016 | MOTION | 4 |
| | | Comments: PRO SE MOTION TO WITHDRAW PLEA AGREEMENT | |
| 395 | 6/8/2016 | CASE REFERRED TO COLLECTION AGENCY | |
| | | Comments: CASE REFERRED TO COLLECTION AGENCY | |
| 394 | 5/23/2016 | COURT VERIFICATION FORM | 1 |
| | | Comments: COURT VERIFICATION FORM | |
| 0 | 5/23/2016 | AMENDED JUDGMENT AND SENTENCE | 11 |
| | | Comments: AMENDED JUDGMENT AND SENTENCE *** PAGE 4 OF 6 AMENDED TO REFLECT THE CORRECT SENTENCE FOR 2015CF2644 CT 2 - Recorded (OR.3249.826 / 3067274) | |
| 393 | 5/23/2016 | AMENDED JUDGMENT AND SENTENCE | 11 |
| | | Comments: AMENDED JUDGMENT AND SENTENCE *** PAGE 4 OF 6 AMENDED TO REFLECT THE CORRECT SENTENCE FOR 2015CF2644 CT 2 | |
| | 5/19/2016 | HEARING - Motion Hearing - Flowers, Michael (Actual: Flowers, Michael) | |
| 392 | 5/19/2016 | CLERKS MINUTE SHEET FILED | 1 |
| | | Comments: CLERKS MINUTE SHEET FILED | |
| 391 | 5/19/2016 | COURT RESULT | |
| | | Comments: COURT RESULT: HEARING HELD | |
| 390 | 5/10/2016 | HEARING SET | |
| | | Comments: MOTION HEARING SET FOR 05/19/2016 AT 9:00 AM IN FWB/ , JDG: FLOWERS, MICHAEL A | |
| 0 | 4/19/2016 | JUDGMENT COSTS & FEES | 1 |
| | | Comments: JUDGMENT COSTS & FEES - Recorded (OR.3244.293 / 3060712) | |
| 0 | 4/19/2016 | JGMT & SENT FILED W/SENTENCING GUIDELINES FILED AND SENT FOR RECORDING | 1 |
| | | Comments: JGMT & SENT FILED W/SENTENCING GUIDELINES - Recorded (OR.3244.283 / 3060711) | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 389 | 4/18/2016 | EMAIL SENT<br><br>Comments: EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY; RIVERS, LISA SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: JSSG-4/18/2016 | |
| 388 | 4/18/2016 | JUDGMENT COSTS & FEES<br><br>Comments: JUDGMENT COSTS & FEES | 1 |
| 387 | 4/18/2016 | CERTIFICATE OF SERVICE FILED<br><br>Comments: CERTIFICATE OF SERVICE FILED | 1 |
| 386 | 4/18/2016 | J & S DELIVERED TO OKALOOSA COUNTY JAIL VIA EMAIL<br><br>Comments: J & S DELIVERED TO CRESTVIEW VIA EMAIL | |
| 385 | 4/18/2016 | JGMT & SENT FILED W/SENTENCING GUIDELINES FILED AND SENT FOR RECORDING<br><br>Comments: JGMT & SENT FILED W/SENTENCING GUIDELINES | 10 |
| 384 | 4/18/2016 | UNIFORM COMMITMENT TO CUSTODY FILED<br><br>Comments: UNIFORM COMMITMENT TO CUSTODY FILED | 1 |
| 82 | 4/1/2016 | DEFENDANT GIVEN CREDIT FOR @ DAYS SERVED<br><br>Comments: DEFENDANT GIVEN CREDIT FOR 122 DAYS SERVED | 1 |
| | 3/31/2016 | HEARING - Violation of Probation Arraignment - Flowers, Michael (Actual: Flowers, Michael) | |
| 91 | 3/31/2016 | REOPENED CASE CLOSED<br><br>Comments: REOPENED CASE CLOSED | |
| 90 | 3/31/2016 | PLEA AND SENTENCING AGREEMENT FILED<br><br>Comments: PLEA AND SENTENCING AGREEMENT FILED | 5 |
| 89 | 3/31/2016 | CLERKS MINUTE SHEET FILED<br><br>Comments: CLERKS MINUTE SHEET FILED | 1 |
| 88 | 3/31/2016 | FEE ASSESSED<br><br>Comments: PROS FEE ASSESSED $100.00 | |
| 87 | 3/31/2016 | FEE ASSESSED<br><br>Comments: COURT APPOINTED COUNSEL COSTS ASSESSED $100.00 | |
| 86 | 3/31/2016 | FEE ASSESSED<br><br>Comments: PUB DEF FEE (COURT APPOINTMENT) ASSESSED $50.00 | |
| 85 | 3/31/2016 | SENTENCE IMPOSED<br><br>Comments: CASE# 2015 CF 002644 C SENTENCED - IMPOSED: 3/31/2016 EFFECTIVE DATE: 3/31/2016 | |
| 84 | 3/31/2016 | SENTENCE IMPOSED<br><br>Comments: CASE# 2015 CF 002644 C SENTENCED - IMPOSED: 3/31/2016 EFFECTIVE DATE: 3/31/2016 | |
| 83 | 3/31/2016 | COURT RESULT<br><br>Comments: COURT RESULT: SENTENCED | |
| 50 | 3/31/2016 | SENTENCING<br><br>Comments: CASE #2015 CF 002644 C - MAX CONF - STATE PRISON FACILITY FOR 5 YEARS - CHRG 002 CREDIT FOR TIME SERVED - 122 DAYS - CHRG 002 - | |
| 47 | 3/31/2016 | SENTENCING NOTES<br><br>Comments: CHARGE CNT 1 SENTENCING NOTES: VOP ADMITTED (PLEA TO COURT) COURT DETERMINED DEFENDANT DID VIOLATE PROBATION COSTS/CONDITIONS PER WRITTEN PLEE AGREEMENT DEFENDANT TO RECEIVE CREDIT FOR TIME SERVED COSTS TO COLLECTIONS | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 45 | 3/31/2016 | SENTENCING<br><br>Comments: CASE #2015 CF 002644 C - DEFENDANT SENTENCED AS TO CHARGE: 001 CHRG 001 CONCURRENT W/ CHARGE 0 462015CF002644002 MAX CONF - STATE PRISON FACILITY FOR 1 YEARS - CHRG 001 CREDIT FOR TIME SERVED - 122 DAYS - CHRG 001 PROBATION - REPORTING () - FOR - CHRG 001 SENTENCE PROVISION - PROBATION REVOKED - CHRG 001 - VOP ADMITTED (PLEA TO COURT) COURT DETERMINED DEFENDANT DID VIOLATE PROBATION COSTS/CONDITIONS PER WRITTEN PLEE AGREEMENT DEFENDANT TO RECEIVE CREDIT FOR TIME SERVED COSTS TO COLLECTIONS | |
| 81 | 3/30/2016 | DEFENSE ATTORNEY ASSIGNED<br><br>Comments: DEFENSE ATTORNEY: RIVERS, LISA ASSIGNED | |
| 80 | 3/30/2016 | ORDER GRANTING MOTION TO WITHDRAW<br><br>Comments: ORDER GRANTING MOTION TO WITHDRAW AND APPOINTMENT OF THE OFFICE OF REGIONAL CONFLICT COUNSEL | 1 |
| 79 | 3/29/2016 | MOTION TO WITHDRAW FILED<br><br>Comments: MOTION TO WITHDRAW FILED | 1 |
| 78 | 3/9/2016 | NOTICE/FORM CREATED ISSUED<br><br>Comments: NOTICE/FORM CREATED ISSUED - DEF NOTICE SENT TO OKALOOSA JAIL | 2 |
| 77 | 3/7/2016 | HEARING SET<br><br>Comments: VIOLATION OF PROBATION SET FOR 03/31/2016 AT 9:00 AM IN A/ , JDG: FLOWERS, MICHAEL A | |
| 76 | 3/7/2016 | ORIGINAL ARREST REPORT/WARRANT FILED<br><br>Comments: ORIGINAL ARREST REPORT/WARRANT FILED | 7 |
| 75 | 3/7/2016 | DEFENSE ATTORNEY ASSIGNED<br><br>Comments: DEFENSE ATTORNEY: MCKINNEY, JASON ASSIGNED | |
| 74 | 3/7/2016 | PUBLIC DEFENDER APPOINTED AT FIRST APPEARANCE<br><br>Comments: PUBLIC DEFENDER APPOINTED AT FIRST APPEARANCE | |
| 72 | 3/7/2016 | JUDGES RECORD 1ST APPEARANCE NON ADVER PROB CAUSE / ARREST REPORT<br><br>Comments: JUDGES RECORD 1ST APPEARANCE NON ADVER PROB CAUSE | 2 |
| 73 | 3/4/2016 | ARREST REPORT FILED<br><br>Comments: ARREST REPORT FILED | 10 |
| 68 | 3/4/2016 | CASE UNSECURED<br><br>Comments: CASE UNSECURED | |
| 70 | 3/2/2016 | REARREST INFORMATION<br><br>Comments: REARRESTED ON 03/02/2016: OBTS # 4602073418 | |
| 69 | 3/2/2016 | WARRANT STATUS<br><br>Comments: VOP WARRANT STATUS CHANGED TO SERVED | |
| 67 | 3/2/2016 | CASE REOPENED<br><br>Comments: CASE REOPENED FOR VIOLATION OF PROBATION/COMMUNITY CONTROL | |
| 66 | 3/1/2016 | AFFIDAVIT OF VIOLATION OF PROBATION<br><br>Comments: AFFIDAVIT VIOLATION OF PROBATION | 1 |
| 65 | 3/1/2016 | VIOLATION REPORT FORM FILED (NON PUBLIC)<br><br>Comments: VIOLATION REPORT FORM FILED (NON PUBLIC) | 3 |
| 71 | 2/26/2016 | PROCESS ACTION ISSUED<br><br>Comments: VOP WARRANT ISSUED: VIOLATION OF PROBATION/COMM CONTROL | |
| | 2/8/2016 | HEARING - CANCELED-Hearing Cancellation Reason Criminal Jury Trial Felony - Flowers, Michael (Actu | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| | 2/8/2016 | HEARING - Criminal Jury Trial Felony - Flowers, Michael (Actual: Flowers, Michael) | |
| | 2/1/2016 | Disposition | |
| | 2/1/2016 | Disposition | |
| | 2/1/2016 | HEARING - Docket Day Felony - Flowers, Michael (Actual: Flowers, Michael) | |
| | 2/1/2016 | HEARING - Docket Day Felony - Flowers, Michael (Actual: Flowers, Michael) | |
| 64 | 2/1/2016 | HEARING SET FOR @<br><br>Comments: FARRETTA HEARING-WITHDRAWN | |
| 63 | 2/1/2016 | CASE CLOSED<br><br>Comments: CASE CLOSED | |
| 62 | 2/1/2016 | CLERKS MINUTE SHEET FILED<br><br>Comments: CLERKS MINUTE SHEET FILED | 1 |
| 61 | 2/1/2016 | CORRESPONDENCE<br><br>Comments: CORRESPONDENCE FILED FROM DEFENDANT TO COURT | 1 |
| 60 | 2/1/2016 | GUIDELINES SCORESHEET FILED<br><br>Comments: GUIDELINES SCORESHEET FILED | 4 |
| 59 | 2/1/2016 | FINGERPRINTS OF DEFENDANT FILED<br><br>Comments: FINGERPRINTS OF DEFENDANT FILED | 1 |
| 58 | 2/1/2016 | PLEA AND SENTENCING AGREEMENT FILED<br><br>Comments: PLEA AND SENTENCING AGREEMENT FILED | 4 |
| 57 | 2/1/2016 | WAIVE COST OF SUPERVISION<br><br>Comments: WAIVE COST OF SUPERVISION | |
| 56 | 2/1/2016 | FEE ASSESSED<br><br>Comments: LAW ENFORCEMENT EDUCATION ASSESSMENT ASSESSED $2.00 | |
| 55 | 2/1/2016 | FEE ASSESSED<br><br>Comments: COURT COSTS FELONY ASSESSED $513.00 | |
| 54 | 2/1/2016 | FEE ASSESSED<br><br>Comments: COURT APPOINTED COUNSEL COSTS ASSESSED $100.00 | |
| 53 | 2/1/2016 | FEE ASSESSED<br><br>Comments: PUB DEF FEE (COURT APPOINTMENT) ASSESSED $50.00 | |
| 52 | 2/1/2016 | CONVICTION<br><br>Comments: CONVICTION | |
| 51 | 2/1/2016 | SENTENCE IMPOSED<br><br>Comments: CASE# 2015 CF 002644 C SENTENCED - IMPOSED: 2/1/2016 EFFECTIVE DATE: 2/1/2016 | |
| 49 | 2/1/2016 | COURT ACTION TAKEN<br><br>Comments: *GUILTY CHRG: 2 | |
| 48 | 2/1/2016 | PLEA ENTERED<br><br>Comments: DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 2 | |
| 46 | 2/1/2016 | SENTENCE IMPOSED<br><br>Comments: CASE# 2015 CF 002644 C SENTENCED - IMPOSED: 2/1/2016 EFFECTIVE DATE: 2/1/2016 | |
| 44 | 2/1/2016 | COURT ACTION TAKEN<br><br>Comments: *GUILTY CHRG: 1 | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 43 | 2/1/2016 | PLEA ENTERED<br><br>Comments: DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 1 | |
| 42 | 2/1/2016 | COURT RESULT<br><br>Comments: COURT RESULT: CANCELLED | |
| 41 | 2/1/2016 | COURT RESULT<br><br>Comments: COURT RESULT: SENTENCED | |
| 40 | 1/29/2016 | EMAIL SENT<br><br>Comments: EMAIL SENT- RECIPIENTS: MCKINNEY, JASON; TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-1/28/2016 | |
| 39 | 1/28/2016 | MOTION<br><br>Comments: MOTION TO DISMISS FILED FROM DEFENDANT | 3 |
| | 1/25/2016 | HEARING - Calendar Status Date - Flowers, Michael (Actual: Flowers, Michael) | |
| 38 | 1/25/2016 | COURT RESULT<br><br>Comments: COURT RESULT: HEARING HELD | |
| 37 | 1/12/2016 | MOTION<br><br>Comments: MOTION FOR SPEEDY TRIAL AND BOND REDUCTION FILED PRO SE | 3 |
| | 1/7/2016 | HEARING - Bond Hearing - Flowers, Michael (Actual: Flowers, Michael) | |
| 36 | 1/7/2016 | NO CONTACT WITH VICTIM<br><br>Comments: NO CONTACT WITH VICTIM OR WITNESSES/NO ALCOHOL/NO DRUGS WITHOUT RX | |
| 35 | 1/7/2016 | CLERKS MINUTE SHEET FILED<br><br>Comments: CLERKS MINUTE SHEET FILED | 1 |
| 34 | 1/7/2016 | MOTION<br><br>Comments: MOTION: TO SET BOND - GRANTED $10,000.00 C/P PTS/GPS | |
| 33 | 1/7/2016 | COURT RESULT<br><br>Comments: COURT RESULT: HEARING HELD | |
| 32 | 1/7/2016 | CORRESPONDENCE TO THE COURT<br><br>Comments: CORRESPONDENCE TO THE COURT FROM DEFENDANT | 2 |
| 31 | 1/6/2016 | DEFENSE ATTORNEY ASSIGNED<br><br>Comments: DEFENSE ATTORNEY: MCKINNEY, JASON ASSIGNED | |
| 30 | 12/28/2015 | HEARING SET<br><br>Comments: CRIMINAL JURY TRIAL FELONY SET FOR 02/08/2016 AT 8:30 AM IN A/ , JDG: FLOWERS, MICHAEL A | |
| 29 | 12/28/2015 | HEARING SET<br><br>Comments: DOCKET DAY FELONY SET FOR 02/01/2016 AT 9:00 AM IN A/ , JDG: FLOWERS, MICHAEL A | |
| 28 | 12/28/2015 | COURT RESULT<br><br>Comments: COURT RESULT: RESCHEDULED | |
| 27 | 12/28/2015 | COURT RESULT<br><br>Comments: COURT RESULT: RESCHEDULED | |
| | 12/22/2015 | HEARING - Felony Arraignment - Ward, Jim (Actual: Ward, Jim) | |
| 26 | 12/22/2015 | PROSECUTOR ASSIGNED<br><br>Comments: PROSECUTOR: TORRES, KIMBERLY ASSIGNED | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 25 | 12/22/2015 | DEFENSE ATTORNEY ASSIGNED | |
| | | Comments: DEFENSE ATTORNEY: MCKINNEY, JASON ASSIGNED | |
| 24 | 12/22/2015 | CLERKS MINUTE SHEET FILED | 1 |
| | | Comments: CLERKS MINUTE SHEET FILED | |
| 23 | 12/22/2015 | COURT RESULT | |
| | | Comments: COURT RESULT: NOT GUILTY PLEA | |
| 22 | 12/21/2015 | HEARING SET | |
| | | Comments: BOND HEARING SET FOR 01/07/2016 AT 9:00 AM IN A/ , JDG: FLOWERS, MICHAEL A | |
| 21 | 12/21/2015 | MOTION TO REDUCE, MODIFY, OR SET BOND | 1 |
| | | Comments: MOTION TO SET BOND AND NOTICE OF HEARING 01/07/2016 AT 9:00 AM | |
| 20 | 12/15/2015 | DEMAND FOR NOTICE OF ALIBI | 1 |
| | | Comments: DEMAND FOR NOTICE OF ALIBI | |
| 19 | 12/14/2015 | DISCOVERY EXHIBIT FILED | 3 |
| | | Comments: DISCOVERY EXHIBIT FILED | |
| 18 | 12/10/2015 | INFORMATION FILED | 1 |
| | | Comments: INFORMATION FILED (ORIGINAL HARD COPY) | |
| 17 | 12/8/2015 | PROSECUTOR ACTION | |
| | | Comments: FILED SEQ: 2 - (SAME) - (810.09(2C)) TRESPASSING-PROPERTY ARMED | |
| 16 | 12/8/2015 | PROSECUTOR ACTION | |
| | | Comments: FILED SEQ: 1 - (SAME) - (741.31) VIOL INJUNCTION PROTECTION DOMESTIC VIOLENCE | |
| 14 | 12/8/2015 | INFORMATION FILED | 1 |
| | | Comments: INFORMATION FILED | |
| 15 | 12/4/2015 | MOTION | 3 |
| | | Comments: MOTION TO DISMISS FILED FROM DEFENDANT | |
| 13 | 12/1/2015 | NOTICE OF DISCOVERY | 1 |
| | | Comments: NOTICE OF DISCOVERY | |
| 12 | 11/23/2015 | PUBLIC DEFENDER APPOINTED AT FIRST APPEARANCE | |
| | | Comments: PUBLIC DEFENDER APPOINTED AT FIRST APPEARANCE | |
| 11 | 11/23/2015 | JUDGES RECORD 1ST APPEARANCE NON ADVER PROB CAUSE / ARREST REPORT | 2 |
| | | Comments: JUDGES RECORD 1ST APPEARANCE NON ADVER PROB CAUSE | |
| 10 | 11/23/2015 | ARREST REPORT FILED | 4 |
| | | Comments: ARREST REPORT FILED | |
| 7 | 11/23/2015 | HEARING SET | |
| | | Comments: CRIMINAL JURY TRIAL FELONY SET FOR 02/08/2016 AT 8:30 AM IN FWB/ , JDG: FLOWERS, MICHAEL A | |
| 6 | 11/23/2015 | HEARING SET | |
| | | Comments: DOCKET DAY FELONY SET FOR 02/01/2016 AT 9:00 AM IN FWB/ , JDG: FLOWERS, MICHAEL A | |
| 5 | 11/23/2015 | HEARING SET | |
| | | Comments: CALENDAR STATUS DATE SET FOR 01/25/2016 AT 9:00 AM IN JDFC/ , JDG: FLOWERS, MICHAEL A | |

| Document Index | Date | Description | Pages |
|---|---|---|---|
| 4 | 11/23/2015 | HEARING SET | |
| | | Comments: FELONY PLEA SET FOR 12/22/2015 AT 1:30 PM IN A/ , JDG: WARD, JIM | |
| 3 | 11/23/2015 | JUDGE ASSIGNED | |
| | | Comments: JUDGE FLOWERS, MICHAEL A: ASSIGNED | |
| 2 | 11/23/2015 | CASE FILED | |
| | | Comments: CASE FILED 11/23/2015 CASE NUMBER 2015 CF 002644 C | |
| 1 | 11/23/2015 | DEFENSE ATTORNEY ASSIGNED | |
| | | Comments: DEFENSE ATTORNEY: PUBLIC DEFENDER ASSIGNED | |
| 9 | 11/19/2015 | INITIAL CHARGE | |
| | | Comments: ARREST CHRG: 1 - (741.31) VIOL INJUNCTION PROTECTION DOMESTIC VIOLENCE | |
| 8 | 11/19/2015 | INITIAL CHARGE | |
| | | Comments: ARREST CHRG: 2 - (810.09(2C)) TRESPASSING-PROPERTY ARMED | |

Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|
| 5/19/2016 | Motion Hearing - Flowers, Michael (Actual: Flowers, Michael) | 9:00 AM | FWB Courthouse Annex Extension | |
| 3/31/2016 | Violation of Probation Arraignment - Flowers, Michael (Actual: Flowers, Michael) | 9:00 AM | Courtroom A - Shalimar | |
| 2/8/2016 | Criminal Jury Trial Felony - Flowers, Michael (Actual: Flowers, Michael) | 8:30 AM | FWB Courthouse Annex Extension | |
| 2/8/2016 | CANCELED-Hearing Cancellation Reason Criminal Jury Trial Felony - Flowers, Michael (Actual: Flowers, Michael) | 8:30 AM | Courtroom A - Shalimar | |
| 2/1/2016 | Docket Day Felony - Flowers, Michael (Actual: Flowers, Michael) | 9:00 AM | FWB Courthouse Annex Extension | |
| 2/1/2016 | Docket Day Felony - Flowers, Michael (Actual: Flowers, Michael) | 9:00 AM | Courtroom A - Shalimar | |
| 1/25/2016 | Calendar Status Date - Flowers, Michael (Actual: Flowers, Michael) | 9:00 AM | FWB Courthouse Annex Extension | |
| 1/7/2016 | Bond Hearing - Flowers, Michael (Actual: Flowers, Michael) | 9:00 AM | Courtroom A - Shalimar | |
| 12/22/2015 | Felony Arraignment - Ward, Jim (Actual: Ward, Jim) | 1:30 PM | Courtroom A - Shalimar | |

Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 2/1/2016 | Transaction Assessment | | 665.00 |
| 3/31/2016 | Transaction Assessment | | 250.00 |
| 10/21/2019 | Transaction Assessment | | 320.25 |
| 11/21/2024 | Transaction Assessment | | 50.00 |
| | | Balance Due: | 1285.25 |

Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|
| 2015 CF 002644 C | Served | 2/26/2016 | 3/2/2016 | | | Violation of Probation Warrant |

## 2016 CF 000355 C - STATE OF FLORIDA vs. TOBIN, MATTHEW ALLEN

### SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| GONTAREK, JOHN JAY | Criminal Felony | |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| 2016 CF 000355 C | 462016CF000355XXXACX | CLOSED |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 2/15/2016 | 2/5/2020 | ☐ |
| **Total Fees Due:** | **Booking Number:** | **Agency:** |
| 830.25 | | CRESTVIEW POLICE DEPARTMENT |
| **Agency Report Number:** | **Custody Location:** | |
| 16103AR | | |

### PARTIES

| TYPE | PARTY NAME | ADDRESS | ATTORNEY |
|---|---|---|---|
| DEFENDANT | TOBIN, MATTHEW ALLEN | 8501 HAMPTON SPRINGS RD<br>PERRY, FL 32348 | |
| JUDGE | GONTAREK, JOHN JAY | OKALOOSA COUNTY COURTHOUSE<br>101 E. JAMES LEE BLVD<br>CRESTVIEW, FL 32536 | |
| PLAINTIFF | STATE OF FLORIDA | OFFICE OF THE STATE ATTORNEY<br>1804 LEWIS TURNER BLVD, SUITE 100<br>FORT WALTON BEACH, FL 32547 | TORRES, KIMBERLY (Main Attorney)<br>Email: KMORENO-VANCIL@OSA1.ORG |
| ATTORNEY | TORRES, KIMBERLY<br>Email: ktorres@osa1.org | 151 CEDAR STREET<br>CRESTVIEW, FL 32536 | |

### PARTY DISPOSITIONS

| PARTY NAME | CLAIM DATE | CLAIM AMOUNT | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| STATE OF FLORIDA | | 0.0000 | | |

### CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | BURGL-OF UNOCCUPIED DWELLING; UNARMED; NO ASSLT OR BATT (810.02(3b)) | F | S | NOLO-CONTENDERE | *Guilty | |
| 2 | DAMAGE PROP CRIM MISCH-200 DOLLARS AND UNDER (806.13(1B1)) | M | S | NOLO-CONTENDERE | *Guilty | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 5/9/2016 8:30 AM | CRIMINAL JURY TRIAL FELONY | FLOWERS, MICHAEL A | FWB COURTHOUSE ANNEX EXTENSION | CANCELLED |
| 5/2/2016 9:00 AM | DOCKET DAY FELONY | FLOWERS, MICHAEL A | FWB COURTHOUSE ANNEX EXTENSION | CANCELLED |
| 4/25/2016 9:00 AM | CALENDAR STATUS DATE | FLOWERS, MICHAEL A | BRACKIN BLDG CONF RM | SENTENCED PRIOR TO COURT EVENT |
| 3/22/2016 1:30 PM | FELONY PLEA | WARD, JIM | | NOT GUILTY PLEA |

### OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | PDLIEN | COURT APPOINTED COUNSEL COSTS | $100.00 | $0.00 | $0.00 | $100.00 | | |
| 2 | CCCF | COURT COSTS FELONY | $513.00 | $0.00 | $0.00 | $513.00 | | |
| | | | | | Total Outstanding: | $613.00 | | |
| 1 | PENN | COLLECTION SERVICE CHARGES APPLIED - PENN CREDIT | $215.25 | $0.00 | $0.00 | $215.25 | | |
| 2 | LEEF | LAW ENFORCEMENT EDUCATION ASSESSMENT | $2.00 | $0.00 | $0.00 | $2.00 | | |
| | | | | | Total Outstanding: | $217.25 | | |

### RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| | No Receipts on Case | |

### CASE DOCKETS

| DIN | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 473 | 📄 2 | 1DCA | 12/3/2024 | 1DCA ORDER - WITHIN 10 DAYS OF THIS ORDER THE APPELLANT TO PAY FILING FEE OR FILE AN ORDER OF INSOLVENCY |

| DIN | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 472 | | AFISNF | 11/21/2024 | AFFIDAVIT OF INDIGENT STATUS FEE ASSESSED IN A COMPANION CASE # 15-CF-2644 |
| 471 | 2 | DFI | 11/21/2024 | DEFENDENT DETERMINED TO BE INDIGENT BY EXAMINER |
| 470 | 1 | AFIS | 11/21/2024 | AFFIDAVIT FOR INDIGENT STATUS (OBTS) |
| 474 | 2 | REQF | 11/19/2024 | DEFENDANT'S REQUEST FOR COPY OF INDIGENCY ORDER |
| 469 | 2 | O | 11/4/2024 | ORDER DISMISSING DEF'S MOTION TO COMPEL DISCOVERY |
| 467 | 2 | 1DCA | 11/1/2024 | 1DCA ORDER - WITHIN 30 DAYS OF THIS ORDER THE APPELLANT TO PAY FILING FEE OR FILE AN ORDER OF INSOLVENCY |
| 466 | 7 | RDNA | 11/1/2024 | RECEIPT DCA - NOTICE OF APPEAL (1D2024-2828) |
| 465 | 1 | DMOTREQ | 11/1/2024 | MEMO TO DEF RE: REQUEST |
| 464 | | EMAIL | 11/1/2024 | EMAIL SENT- RECIPIENTS: APPEALS DEPARTMENT, STATE AND STAFF ATTORNEY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: REQF-10/31/2024 |
| 468 | 11 | NA | 10/31/2024 | NOTICE OF APPEAL (COPY AS RECEIVED FROM DCA) |
| 463 | 2 | REQF | 10/31/2024 | REQUEST FOR COPY OF INSOLVENCY FILED BY DEFENDANT |
| 462 | | EMAIL | 10/31/2024 | EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-10/30/2024 |
| 461 | 2 | MOT | 10/30/2024 | MOTION TO COMPEL DISCOVERY FROM DEFENDANT |
| 460 | 5 | NA | 10/22/2024 | NOTICE OF APPEAL RECEIVED FROM DCA |
| 459 | 2 | 1DCA | 10/18/2024 | 1DCA ORDER - APPELLANT TO FILE AN ORDER OF INSOLVENCY OR PAY FILING FEE WITHIN 30 DAYS OF THIS ORDER. |
| 458 | 7 | RDNA | 10/18/2024 | RECEIPT DCA - NOTICE OF APPEAL (1D2024-2692) |
| 457 | 1 | O | 10/15/2024 | ORDER STRIKING CORRESPONDENCE |
| 456 | | EMAIL | 10/15/2024 | EMAIL SENT- RECIPIENTS: TURNER, JUSTINA CLARA JASSEN SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: ODEN-10/14/2024 |
| 455 | | CTFS | 10/15/2024 | CERTIFICATE OF SERVICE FILED |
| 454 | 4 | ODEN | 10/14/2024 | ORDER DENYING: "PETITION FOR REHEARING DUE TO NEW WITNESS" AND WARNING DEF REGARDING FURTHER FRIVOLOUS FILINGS WITH DIRECTION TO CLERK |
| 453 | 1 | DMOTREQ | 10/7/2024 | MEMO TO DEF RE: MATTHEW TOBIN |
| 452 | | EMAIL | 10/7/2024 | EMAIL SENT- JUDGE JA STATE & ATTY RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: REQF-10/7/2024 |
| 451 | 2 | REQF | 10/7/2024 | REQUEST FOR DISCOVERY |
| 450 | 1 | DMOTREQ | 10/7/2024 | MEMO TO DEF RE: MATTHEW TOBIN |
| 449 | | EMAIL | 10/7/2024 | EMAIL SENT- JUDGE JA STATE & ATTY RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: REQF-10/7/2024 |
| 448 | 4 | REQF | 10/7/2024 | REQUEST FOR PETITION FOR REHEARING DUE TO NEW WITNESS |
| 447 | 1 | O | 9/24/2024 | ORDER STRIKING CORRESPONDENCES |
| 446 | 1 | DMOTREQ | 9/19/2024 | MEMO TO DEF RE: MATTHEW TOBIN |
| 445 | | EMAIL | 9/19/2024 | EMAIL SENT- JUDGE JA STATE & STAFF ATTY RECIPIENTS: TORRES, KIMBERLY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: CORES-9/19/2024 |
| 444 | 2 | CORES | 9/19/2024 | CORRESPONDENCE |
| 443 | | a002 | 9/19/2024 | JUDGE GONTAREK, JOHN JAY: ASSIGNED |
| 442 | 2 | MRU | 12/26/2023 | MAIL RETURNED UNDELIVERABLE |
| 441 | 1 | DMOTREQ | 12/8/2023 | MEMO TO DEF RE: CORRESPONDENCE |
| 440 | 24 | CORES | 12/8/2023 | CORRESPONDENCE |
| 439 | 2 | O | 3/24/2023 | ORDER DISMISSING DEFENDANT'S PETITION FOR WRIT OF HABEAS CORPUS |
| 438 | 1 | DMOTREQ | 3/17/2023 | MEMO TO DEF RE: |
| 436 | | EMAIL | 3/16/2023 | EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY; SENIOR JUDGE; LAND, COURTNEY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 0 EMAILDOCKETDESCRIPTIONS: |
| 435 | 8 | PET | 3/16/2023 | PETITION FOR WRIT OF HABEAS CORPUS |
| 434 | | REQF | 12/28/2022 | REQUEST FOR: INFORMATION |
| 433 | 1 | DMOTREQ | 11/5/2021 | MEMO TO DEF RE:COPIES WITH CLEMENCY |
| 432 | 8 | REQF | 11/5/2021 | REQUEST FOR: CERT COPIES DUE TO CLEMENCY |
| 430 | 1 | CRFC | 10/8/2021 | MEMO TO DEF RE REQUEST FOR COPIES UNRELATED TO EXECUTIVE CLEMENCY |
| 431 | 1 | CORES | 10/8/2021 | CORRESPONDENCE FILED BY DEF |
| 427 | 16 | O | 2/12/2020 | ORDER DENYING DEFENDANT'S MOTION ENTERING NEW EVIDENCE |
| 426 | | REOPENEDCASECLOSED | 2/5/2020 | REOPENED CASE CLOSED |
| 425 | 9 | O | 2/5/2020 | ORDER DISMISSING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE |
| 424 | | EMAIL | 1/23/2020 | EMAIL SENT- STAFF ATTY RECIPIENTS: THE COURT SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: DMOTREQ-1/23/2020 |
| 422 | 1 | DMOTREQ | 1/23/2020 | MEMO TO DEF RE: PRO SE MOTION FOR REDUCTION OF SENTENCE |
| 421 | 4 | MOT | 1/23/2020 | PRO SE MOTION FOR REDUCTION OF SENTENCE |
| 420 | | EMAIL | 1/23/2020 | EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY; OFFICE OF JUDGE FLOWERS SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 0 EMAILDOCKETDESCRIPTIONS: |
| 417 | | CASEREOPENED | 1/23/2020 | CASE REOPENED FOR ANY OTHER REASON |
| 418 | 3 | MOT | 1/22/2020 | PRO SE MOTION ENTERING NEW EVIDENCE |
| 416 | | REOPENEDCASECLOSED | 11/14/2019 | REOPENED CASE CLOSED |
| 415 | 12 | O | 11/14/2019 | FINAL ORDER DISMISSING DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF |
| 414 | | 9999 | 10/21/2019 | COLLECTION SERVICE CHARGES APPLIED - PENN CREDIT ASSESSED $215.25 |
| 413 | | N | 10/15/2019 | EMAIL SENT- RECIPIENTS: THE COURT SUBJECT: SERVICE OF COURT DOCUMENT - 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 2 EMAILDOCKETDESCRIPTIONS: DMOTREQ-10/16/2019,MPCR-10/15/2019 - EMAIL SENT IN CASE NO. 15CF2644 |
| 412 | 1 | DMOTREQ | 10/15/2019 | MEMO TO DEF RE: MOTION FOR PPOST CONVICTION RELIEF |
| 411 | | CASEREOPENED | 10/15/2019 | CASE REOPENED FOR MOTION FOR POST CONVICTION RELIEF |
| 410 | 8 | MPCR | 10/15/2019 | MOTION FOR POST CONVICTION RELIEF |

| DIN | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 409 | 9 | O | 8/9/2019 | ORDER DISMISSING DEFENDANT'S MOTION TO REDUCE OR MODIFY SENTENCE |
| 408 | | EMAIL | 7/31/2019 | EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY; THE COURT SUBJECT: SERVICE OF COURT DOCUMENT - 2015 CF 002644 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 2 EMAILDOCKETDESCRIPTIONS: DMOTREQ-7/31/2019,MOT-7/31/2019 |
| 407 | 1 | DMOTREQ | 7/31/2019 | MEMO TO DEF RE: MOTION FOR SENTENCE MODIFICATION |
| 406 | 2 | MOT | 7/31/2019 | PRO SE MOTION FOR SENTENCE MODIFICATION |
| 405 | 8 | ORD | 10/13/2017 | ORDER DISMISSING DEFENDANT'S MOTION FOR RESENTENCING |
| 404 | | EMAIL | 10/6/2017 | EMAIL SENT- RECIPIENTS: THE COURT SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 2 EMAILDOCKETDESCRIPTIONS: CORS-10/6/2017,DMOTREQ-10/6/2017 |
| 403 | 1 | DMOTREQ | 10/6/2017 | MEMO DEF MOTION OR REQUEST FOR MOTION FOR RE-SENTENCING |
| 402 | 3 | CORS | 10/6/2017 | CORRESPONDENCE FILED FROM DEF: MOTION FOR RESENTENCING |
| 401 | | REOPENEDCASECLOSED | 11/14/2016 | REOPENED CASE CLOSED |
| 398 | 2 | CTC | 11/14/2016 | CORRESPONDENCE TO THE COURT |
| 400 | 2 | ORD | 11/14/2016 | ORDER DISMISSING DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF |
| 396 | | EMAIL | 11/1/2016 | EMAIL SENT- RECIPIENTS: THE COURT SUBJECT: SERVICE OF COURT DOCUMENT - 16CF355; 15CF2644, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: DMOTREQ-9/15/16 |
| 395 | 4 | DMOTREQ | 9/15/2016 | PRO SE MOTION 3.850 INEFFECTIVE ASSISTANCE OF COUNSEL |
| 397 | | CASEREOPENED | 9/15/2016 | CASE REOPENED FOR ANY OTHER REASON |
| 394 | 5 | NOF | 9/13/2016 | NOTICE OF FILING |
| 393 | 8 | O | 8/25/2016 | ORDER DISMISSING DEF'S MOTION TO WITHDRAW PLEA - E-SERVED IN CASE NO. 2015-CF-2644) |
| 392 | | EMAIL | 8/10/2016 | EMAIL SENT- RECIPIENTS: STAFF ATTORNEY SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C; 15CF2644, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-7/20/2016 |
| 391 | 4 | MOT | 7/20/2016 | PRO SE MOTION TO WITHDRAW PLEA AGREEMENT |
| 390 | | COLL | 6/8/2016 | CASE REFERRED TO COLLECTION AGENCY |
| 389 | 11 | AJS | 5/23/2016 | AMENDED JUDGMENT AND SENTENCE *** PAGE 4 OF 6 AMENDED TO REFLECT THE CORRECT SENTENCE FOR 2015CF2644 CT 2 |
| 388 | 1 | JCF | 4/18/2016 | JUDGMENT COSTS & FEES |
| 387 | 1 | CTFS | 4/18/2016 | CERTIFICATE OF SERVICE FILED |
| 386 | | JSVC | 4/18/2016 | J & S DELIVERED TO CRESTVIEW VIA EMAIL |
| 385 | 10 | JSSG | 4/18/2016 | JGMT & SENT FILED W/SENTENCING GUIDELINES |
| 384 | 1 | UCC | 4/18/2016 | UNIFORM COMMITMENT TO CUSTODY FILED |
| 54 | | EMAIL | 4/11/2016 | EMAIL SENT- RECIPIENTS: TORRES, KIMBERLY; RIVERS, LISA SUBJECT: SERVICE OF COURT DOCUMENT - 2016 CF 000355 C, STATE OF FLORIDA VS. TOBIN, MATTHEW ALLEN ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: O-4/7/2016 |
| 53 | 1 | O | 4/7/2016 | ORDER CLASSIFYING DEFENDANT AS A HABITUAL FELONY OFFENDER |
| 29 | 1 | CFTS | 4/1/2016 | DEFENDANT GIVEN CREDIT FOR 47 DAYS SERVED |
| 52 | | CASECLOSED | 3/31/2016 | CASE CLOSED |
| 51 | | 9999 | 3/31/2016 | LAW ENFORCEMENT EDUCATION ASSESSMENT ASSESSED $2.00 |
| 50 | | 9999 | 3/31/2016 | COURT COSTS FELONY ASSESSED $513.00 |
| 49 | | 9999 | 3/31/2016 | COURT APPOINTED COUNSEL COSTS ASSESSED $100.00 |
| 48 | 5 | PLSN | 3/31/2016 | PLEA AND SENTENCING AGREEMENT FILED |
| 47 | 1 | CMS | 3/31/2016 | CLERKS MINUTE SHEET FILED |
| 46 | | RCCL | 3/31/2016 | RESTITUTION REDUCED TO CIVIL LIEN/JUDGMENT IN OPEN COURT ($287.00) |
| 45 | | CONV | 3/31/2016 | CONVICTION |
| 44 | | SENTEFF | 3/31/2016 | CASE# 2016 CF 000355 C SENTENCED - IMPOSED: 3/31/2016 EFFECTIVE DATE: 3/31/2016 |
| 43 | | SENTENCING | 3/31/2016 | CASE #2016 CF 000355 C - DEFENDANT SENTENCED AS TO CHARGE: 002 CHRG 002 CONCURRENT W/ CHARGE 0 462016CF000355001 MAX CONF - COUNTY JAIL FOR 60 DAYS - CHRG 002 - |
| 42 | | acat | 3/31/2016 | *GUILTY CHRG: 2 |
| 41 | | acfp | 3/31/2016 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 2 |
| 40 | | SENTNOTES | 3/31/2016 | CHARGE CNT 1 SENTENCING NOTES: DEFENDANT TO RECEIVE CREDIT FOR TIME SERVED COSTS TO COLLECTIONS (COUNT 1 THIS CASE IS CONSECUTIVE TO 15CF2644 COUNT 2 TO MAKE A TOTAL OF 15 YEARS DOC) |
| 39 | | SENTEFF | 3/31/2016 | CASE# 2016 CF 000355 C SENTENCED - IMPOSED: 3/31/2016 EFFECTIVE DATE: 3/31/2016 |
| 38 | | SENTENCING | 3/31/2016 | CASE #2016 CF 000355 C - DEFENDANT SENTENCED AS TO CHARGE: 001 CHRG 001 CONSECUTIVE W/ CHARGE 0 462015CF002644002 MAX CONF - STATE PRISON FACILITY FOR 10 YEARS - CHRG 001 CREDIT FOR TIME SERVED - 47 DAYS - CHRG 001 - DEFENDANT TO RECEIVE CREDIT FOR TIME SERVED COSTS TO COLLECTIONS (COUNT 1 THIS CASE IS CONSECUTIVE TO 15CF2644 COUNT 2 TO MAKE A TOTAL OF 15 YEARS DOC) |
| 37 | 33 | SEX | 3/31/2016 | STATES EXHIBIT A - COMPOSITE - HFO PAPERWORK |
| 36 | | a005 | 3/31/2016 | DEFENSE ATTORNEY: RIVERS, LISA ASSIGNED |
| 35 | | MOT | 3/31/2016 | MOTION: ORE-TENUS MOTION TO WITHDRAW BY PUBLIC DEFENDER GRANTED AND LISA RIVERS APPOINTED/HFO NOTICE SERVED |
| 34 | | acat | 3/31/2016 | *GUILTY CHRG: 1 |
| 33 | | acfp | 3/31/2016 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 1 |
| 32 | | CRTRESULT | 3/31/2016 | COURT RESULT: CANCELLED |
| 31 | | CRTRESULT | 3/31/2016 | COURT RESULT: CANCELLED |
| 30 | | CRTRESULT | 3/31/2016 | COURT RESULT: SENTENCED PRIOR TO COURT EVENT |
| 26 | 1 | CMS | 3/22/2016 | CLERKS MINUTE SHEET FILED |
| 28 | | PDAPD | 3/22/2016 | PUBLIC DEFENDER APPT AT PLEA DAY |
| 27 | | a005 | 3/22/2016 | DEFENSE ATTORNEY: MCKINNEY, JASON ASSIGNED |
| 19 | | CRTRESULT | 3/22/2016 | COURT RESULT: NOT GUILTY PLEA |
| 18 | | apfa | 2/25/2016 | FILED SEQ: 2 - (SAME) - (806.13(1B1)) DAMAGE PROP CRIM MISCH-200 DOLLARS AND UNDER |
| 17 | | apfa | 2/25/2016 | FILED SEQ: 1 - (SAME) - (810.02(3B)) BURGL-OF UNOCCUPIED DWELLING; UNARMED; NO ASSLT OR BATT |
| 16 | 1 | IF | 2/25/2016 | INFORMATION FILED (ORIGINAL - HARD COPY) |
| 15 | 1 | IF | 2/25/2016 | INFORMATION FILED |

| DIN | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 14 | 📄 1 | NISHFO | 2/24/2016 | NOTICE OF INTENT TO SEEK HABITUAL FELONY OFFENDER SENTENCING |
| 13 | | a120 | 2/23/2016 | CALENDAR STATUS DATE SET FOR 04/25/2016 AT 9:00 AM IN BRA/ , JDG: FLOWERS, MICHAEL A |
| 12 | 📄 2 | JRFA | 2/17/2016 | JUDGES RECORD 1ST APPEARANCE NON ADVER PROB CAUSE |
| 11 | 📄 2 | ARF | 2/17/2016 | ARREST REPORT FILED |
| 10 | | aics | 2/17/2016 | ARREST CHRG: 1 - (810.02(3B)) BURGL-OF UNOCCUPIED DWELLING; UNARMED; NO ASSLT OR BATT |
| 9 | | aics | 2/17/2016 | ARREST CHRG: 2 - (806.13(1B1)) DAMAGE PROP CRIM MISCH-200 DOLLARS AND UNDER |
| 8 | | a120 | 2/17/2016 | CRIMINAL JURY TRIAL FELONY SET FOR 05/09/2016 AT 8:30 AM IN FWB/ , JDG: FLOWERS, MICHAEL A |
| 7 | | a120 | 2/17/2016 | DOCKET DAY FELONY SET FOR 05/02/2016 AT 9:00 AM IN FWB/ , JDG: FLOWERS, MICHAEL A |
| 6 | | a120 | 2/17/2016 | CALENDAR STATUS DATE SET FOR 04/25/2016 AT 9:00 AM IN FWB/ , JDG: FLOWERS, MICHAEL A |
| 5 | | a120 | 2/17/2016 | FELONY PLEA SET FOR 03/22/2016 AT 1:30 PM IN A/ , JDG: WARD, JIM |
| 4 | | a002 | 2/17/2016 | JUDGE FLOWERS, MICHAEL A: ASSIGNED |
| 3 | | a004 | 2/17/2016 | PROSECUTOR: TORRES, KIMBERLY ASSIGNED |
| 1 | | a005 | 2/17/2016 | DEFENSE ATTORNEY: NO ATTORNEY ASSIGNED |
| 2 | | CASEOPEN | 2/15/2016 | CASE FILED 02/15/2016 CASE NUMBER 2016 CF 000355 C |

| DIN | IMAGE | CODE | DATE | ENTRY |
|---|---|---|---|---|
| 14 | 📄 1 | NISHFO | 2/24/2016 | NOTICE OF INTENT TO SEEK HABITUAL FELONY OFFENDER SENTENCING |
| 13 | | a120 | 2/23/2016 | CALENDAR STATUS DATE SET FOR 04/25/2016 AT 9:00 AM IN BRA/ , JDG: FLOWERS, MICHAEL A |
| 12 | 📄 2 | JRFA | 2/17/2016 | JUDGES RECORD 1ST APPEARANCE NON ADVER PROB CAUSE |
| 11 | 📄 2 | ARF | 2/17/2016 | ARREST REPORT FILED |
| 10 | | aics | 2/17/2016 | ARREST CHRG: 1 - (810.02(3B)) BURGL-OF UNOCCUPIED DWELLING; UNARMED; NO ASSLT OR BATT |
| 9 | | aics | 2/17/2016 | ARREST CHRG: 2 - (806.13(1B1)) DAMAGE PROP CRIM MISCH-200 DOLLARS AND UNDER |

☒ **Probation Violator 15CF2644**
☐ **Community Control Violator**
☐ **Retrial**
☐ **Re-Sentencing**

In the Circuit Court, First Judicial Circuit, in
and for Okaloosa County, Florida

RECEIVED
JD PEACOCK II

2016 APR 18 AM 7 28

CLER...
OKA...
FT WA... ...CH, FL

**State of Florida**

**v.**

Division _____ **006**

Case Number(s)**15CF2644; 16CF355 C**

**Defendant:** **MATTHEW ALLEN TOBIN**

**Address:** **560 W. JAMES LEE BLVD**
**CRESTVIEW, FL**

**D.O.B.:** **06-20-1982**

## JUDGMENT

The defendant **MATTHEW ALLEN TOBIN**, being personally before this court represented by **LISA RIVERS,**

**O.R.C.**, the attorney of record, and the state represented by **KIMBERLY C. TORRES, ESQ.**, and having

☐ been tried and found guilty by jury of the following crime(s)

☐ entered a plea of guilty to the following crime(s)

☒ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 1 | VIOLATION OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE | 741.31 | 1`M | 15CF2644 | 4602073418 |
| 2 | ARMED TRESPASS ON PROPERTY OTHER THAN STRUCTURE OR CONVEYANCE | 810.09(2C) | 3`F | 15CF2644 | 4602073418 |
| 1 | BURGLARY OF AN UNOCCUPIED DWELLING | 810.02(3B) | 2`F | 16CF355 | 4602073221 |
| 2 | CRIMINAL MISCHIEF ($200 OR LESS) | 806.13(1B1) | 2`M | 16CF355 | 4602073221 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☒ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

☒ and being a qualified offender pursuant to s.943.325, the defendant shall be required to submit DNA samples as required by law.

☐ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

DONE AND ORDERED in open court in Okaloosa County, Florida, on the **31st** day of **MARCH 2016** and signed this _14_ day of ___April___, 2016.

**MICHAEL A. FLOWERS**
**Circuit Judge**

Page 1 of 6

Defender **MATTHEW ALLEN TOBIN**                Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

## CHARGES/COSTS/FEES

The defendant is hereby ordered to pay the following sums if checked:

☒ $50.00 pursuant to section 938.03, Florida Statutes (Crimes Compensation Trust Fund)
**16CF355**

☒ $3.00 as a court cost pursuant to section 938.01, Florida Statutes (Criminal Justice Trust Fund)
**16CF355**

☒ $2.00 as a court cost pursuant to section 938.15, Florida Statutes (Local Law Enforcement Education)
**16CF355**

☒ $50.00 as a court cost pursuant to section 775.083(2), Florida Statutes (Crime Prevention (BOCC))
**16CF355**

☒ $20.00 as a court cost pursuant to section 938.06, Florida Statutes (Crime Stopper Trust Fund and Fee)
**16CF355**

☒ $225.00 as a court cost pursuant to section 938.05, Florida Statutes (Additional court cost (CJF))
**16CF355**

☒ $65.00 as a court cost pursuant to section 939.185(1)(a), Florida Statutes (Additional costs (BOCC) –
Programs)
**16CF355**

☒ $100.00 as a court cost pursuant to section 938.27(8), Florida Statutes (Cost of Prosecution)
**PER CASE**

☐ $100.00 as a court cost pursuant to section 938.25, Florida Statutes (FDLE Operating Trust Fund Fee)

☐ $151.00 as a court cost pursuant to section 938.10, Florida Statutes (Crimes Against Minors)

☐ $151.00 as a court cost pursuant to section 938.085, Florida Statutes (Rape Crisis Trust Fund)

☐ $201.00 as a court cost pursuant to section 938.08, Florida Statutes (Domestic Violence Trust Fund)

☒ A sum of $100.00 pursuant to section 27.562, Florida Statutes (Court Appointed Counsel Fees)
**PER CASE**

☒ $50.00 pursuant to sections 27.525 and 938.29, Florida Statutes (Affidavit of Indigent Status Application Fee)

☐ Restitution in accordance with Court's pronouncement:_____

☒ Other: **OUTSTANDING FINES AND COURT COSTS REFERRED TO COLLECTIONS.**

DONE AND ORDERED in open court in Okaloosa County, Florida, on the **31**st day of **MARCH 2016** and signed
this ____ day of _____, 2016.

**MICHAEL A. FLOWERS**
**Circuit Judge**

Defendant _Matthew Allen Tobin_ Case Number(s) _15CF 2644; 16CF 355 C 006_

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |
| 6. Left thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
| | | | | |

Fingerprints taken by: Name _P/s Steve Williams 1008/181_                Title: DEPUTY SHERIFF

    I HEREBY CERTIFY that the above and foregoing fingerprints on this judgment are the fingerprints of the defendant, _Matthew Allen Tobin_ , and that they were placed thereon by the defendant in my presence in open court this date.

DONE and ORDERED in open court in Okaloosa County, Florida this 31st day of _MARCH,_ 2016.

_____
**MICHAEL A. FLOWERS**
**CIRCUIT JUDGE**

RECEIVED
JD PEACOCK II
2016 APR 18 AM 7 28
CLER... ...
OKA... ...TY
FT WALT... ...H, FL

Page _3_ of _6_

FILED: 05/23/2016 9:31:24 AM

Defender **MATTHEW ALLEN TOBIN**                    Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

## AMENDED

### SENTENCE
(As to Count(s): **ALL COUNTS**)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, **LISA RIVERS, ESQ.**, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown.

(Check one if applicable)

☐    and the Court having on _____ deferred imposition of sentence until this date
        (date)

☐    and the Court having previously entered a judgment in this case on _____ now re-sentences the defendant

☒    and the Court having placed the defendant on probation and having subsequently revoked the defendant's probation. **15CF2644**

**It is the Sentence of the Court that:**

☐    The defendant pay a fine in the amount of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 938.04, Florida Statutes.

☒    The defendant is hereby committed to the custody of the Department of Corrections.

☒    The defendant is hereby committed to the custody of the Sheriff of Okaloosa County, Florida.
    **15CF2644 (CT 1); 16CF355 (CT 2)**

☐    The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (Check One; unmarked sections are inapplicable):**

☐    For a term of natural life.

☒    For a term of **5 YEARS (15CF2644 (CT 2);  11 MONTHS 29 DAYS (15CF2644 (CT 1); 10 YEARS (16CF355 (CT 1); TIME SERVED (16CF355 (CT 2)**.

☐    Said SENTENCE SUSPENDED for a period of _____subject to conditions set forth in this order.

If a split sentence, complete the appropriate paragraph.

☐    Followed by a period of _____ on probation under the supervision of the Department of Corrections

according to the terms and conditions of supervision set forth in a separate order entered herein.

☐    However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended

and the defendant shall be placed on probation for a period of _____ under the supervision of the Department of

Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Defender **MATTHEW ALLEN TOBIN**　　　　　Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

## SENTENCE
### (As to Count(s): **ALL COUNTS**)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, **LISA RIVERS, ESQ.,** and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown.

(Check one if applicable)

☐　　　and the Court having on _____ deferred imposition of sentence until this date
　　　　　　 <u>(date)</u>

☐　　　and the Court having previously entered a judgment in this case on _____ now re-sentences the defendant

☒　　　and the Court having placed the defendant on probation and having subsequently revoked the defendant's probation. **15CF2644**

**It is the Sentence of the Court that:**

☐　　　The defendant pay a fine in the amount of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 938.04, Florida Statutes.

☒　　　The defendant is hereby committed to the custody of the Department of Corrections.

☒　　　The defendant is hereby committed to the custody of the Sheriff of Okaloosa County, Florida.
　　　　　**15CF2644 (CT 1); 16CF355 (CT 2)**

☐　　　The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (Check One; unmarked sections are inapplicable):**

☐　　　For a term of natural life.

☒　　　For a term of **5 YEARS (15CF2644 (CT 2); 1 YEAR (15CF2644 (CT 1); 10 YEARS (16CF355 (CT 1); TIME SERVED (16CF355 (CT 2)**.

☐　　　Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If a split sentence, complete the appropriate paragraph.

☐　　　Followed by a period of _____ on probation under the supervision of the Department of Corrections

　　　　　according to the terms and conditions of supervision set forth in a separate order entered herein.

☐　　　However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended

　　　　　and the defendant shall be placed on probation for a period of _____ under the supervision of the Department of

　　　　　Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Defender **MATTHEW ALLEN TOBIN**              Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

## SPECIAL PROVISIONS
(As to Count(s): **ALL COUNTS** )

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

| | | |
|---|---|---|
| **Firearm** | ☐ | It is further ordered that the **3 year** minimum imprisonment provisions of section 775.087(2)(a), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| **Drug Trafficking** | ☐ | It is further ordered that the _____ mandatory minimum imprisonment provisions of Section 893.135(1) Florida Statutes, is hereby imposed for the sentence specified in this count. |
| **Controlled Substance Within 1,000 Feet of School** | ☐ | It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| **Habitual Felony Offender** | ☒ | The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.**16CF355** |
| **Habitual Violent Felony Offender** | ☐ | The defendant is adjudicated a habitual violent felony offender and has been Sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the Court are set forth in a separate order or stated on the record in open court. |
| **Law Enforcement Protection Act** | ☐ | It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes. |
| **Capital Offense** | ☐ | It is further ordered that the defendant shall serve a life sentence without the possibility of parole in accordance with Florida Statute 775.082. |
| **Short-Barreled Rifle Shotgun, Machine Gun** | ☐ | It is further ordered that the minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count. |
| **Continuing Criminal Enterprise** | ☐ | It is further ordered that the 25 year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count. |
| **Taking a Law Enforcement Officer's Firearm** | ☐ | It is further ordered that the 3-year mandatory minimum imprisonment provision of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count. |
| **Sexual Predator** | ☐ | The defendant is adjudicated a sexual predator as set forth in section 775.21, F.S. |
| **Sexual Offender** | ☐ | The defendant meets the criteria for a sexual offender as set forth in section 943.0435(1)(a)1a., b., c., or d. |

Defender **MATTHEW ALLEN TOBIN**                    Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

**Other Provisions:**

**Retention of Jurisdiction**      ☐  The Court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes.

**Jail Credit**      ☒  It is further ordered that the defendant shall be allowed a total of **122 (15CF2644); 47 (16CF355)** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**      ☐  It is further ordered that the defendant will be allowed credit for all time previously served on this count in the Department of Corrections prior to re-sentencing.

**Consecutive/Concurrent**      ☒  It is further ordered that sentence imposed for count **2 (15CF2644)** shall run **concurrent** with the sentence set forth in counts **1 (15CF2644) & 2 (16CF355)**.

☒  It is further ordered that sentence imposed for count **1 (16CF355)** shall run **consecutive** to the sentence set forth in count **2 (15CF2644)** but concurrent **FOR A TOTAL OF 15 YEARS**

**Consecutive/Concurrent As to Other Convictions**      ☐  It is further ordered that the composite term of all sentences for the counts specified in this order shall run (check one): ☐ consecutive to ☐ concurrent with the following (check one):

☐  Any active sentence being served.

☐  Specific sentences:

    In the event the above sentence is to the Department of Corrections, the Sheriff of Okaloosa County is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statutes.

    The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within thirty (30) days from this date with the clerk of this Court and the defendant's right to the assistance of counsel in taking the appeal as the expense of the state on showing indigency.

    In imposing the above sentence, the court further orders:

    DONE AND ORDERED in open court at Okaloosa County, Florida this **31**st day of **MARCH 2016** and signed this ___/4___ day of ___April___, 2016.


**MICHAEL A. FLOWERS**
**Circuit Judge**

Page 6 of 6

RULE 3.992(a)  CRIMINAL PUNISHMENT CODE SCORESHEET

The Criminal Punishment Code Scoresheet Preparation Manual is available at:
http://www.dc.state.fl.us/pub/sen_cpm/index.html

| 1. SENT. DATE | 2. PREP'S NAME  SAO | 3. COUNTY | 4. SENTENCING JUDGE | |
|---|---|---|---|---|
| 03/31/2016 | TORRES | OKALOOSA | FLOWERS, M | |

| 5. NAME (LAST,FIRST,MID,SUF) | 6. DOB | 8. RACE | 10. PRI. OFF. DATE | 12. |
|---|---|---|---|---|
| TOBIN, MATTHEW, ALLEN, | 06/20/1982 | WHITE | 02/13/2016 | PLEA |

| 13. UNIFORM DOCKET # | 7. DC # | 9. GENDER | 11. PRIMARY DOCKET # | |
|---|---|---|---|---|
| | P34138 | MALE | 1600355 | |

I.
PRIMARY OFFENSE:If Qual.,check ___A ___S ___C ___R (A=Att,S=Solic,C=Consp,R=Recls)

| FELONY DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| 2ND DEG | 810.02(3)(A,B,D | BURG/DWELL/OCCUP.CONVEY | 07 | |

(Level - Points: 1=4,2=10,3=16,4=22,5=28,6=36,7=56,8=74,9=92,10=116)
Prior capital felony triples Primary Offense points - NO

I.      56.0

II. ADDITIONAL OFFENSE(S): Supplemental page attached - NO

| Docket# | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1502644 | MISDEME | 741.31(4)(A) | M | | 001 X | 0.2 | = | 0.2 |

DESCRIPTION: VIOL DOM VIOLENCE INJUNCT        UC#:

| 1502644 | 3RD DEG | 810.09(2)(C) | 03 | | 001 X | 2.4 | = | 2.4 |
|---|---|---|---|---|---|---|---|---|

DESCRIPTION: TRESPASS PROPERTY ARMED        UC#:

| 1600355 | MISDEME | 806.13 | M | | 001 X | 0.2 | = | 0.2 |
|---|---|---|---|---|---|---|---|---|

DESCRIPTION: CRIMINAL MISCHIEF-MISD        UC#:

(Level-Points:M=0.2,1=0.7,2=1.2,3=2.4,4=3.6,5=5.4,6=18,7=28,8=37,9=46,10=58)
Prior capital felony triples Add. Off. points - NO   Suppl. page points     0.0

II.     2.8

III. VICTIM INJURY

| | Number | Total | | Number | Total |
|---|---|---|---|---|---|
| 2nd Deg. Murder 240 X | 0.0 = | 0.0 | Slight      4 X | 0.0 = | 0.0 |
| Death          120 X | 0.0 = | 0.0 | Sex Penet. 80 X | 0.0 = | 0.0 |
| Severe          40 X | 0.0 = | 0.0 | Sex Cont.  40 X | 0.0 = | 0.0 |
| Moderate        18 X | 0.0 = | 0.0 | | | |

III.     0.0

IV. PRIOR RECORD: Supplemental page attached - YES

| FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUAL ASCR | DESCRIPTION | NBR | PTS | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 3RD DEG | 832 | 01 | | WORTHLESS CHECKS | 002 X | 0.5 | = | 1.0 |
| 3RD DEG | 806.13(1)(B)3 | 02 | | CRIMINAL MISCHIEF/P | 001 X | 0.8 | = | 0.8 |
| 3RD DEG | 843.01 | 05 | | RESISTING OFFICER W | 001 X | 3.6 | = | 3.6 |
| 3RD DEG | 784.07(2)(B) | 04 | | BATT.LEO/FIRFGT/EMS | 002 X | 2.4 | = | 4.8 |
| 2ND DEG | 812.019(1) | 05 | | TRAFFIC IN STOLEN P | 001 X | 3.6 | = | 3.6 |
| MISDEME | 316.193 | M | | DUI-MISD. | 001 X | 0.2 | = | 0.2 |
| 3RD DEG | 914.22(1)(B-E) | 04 | | INTIMIDATE/FORCE WI | 001 X | 2.4 | = | 2.4 |

(Lev-Pnts:M=0.2,1=0.5,2=0.8,3=1.6,4=2.4,5=3.6,6=9,7=14,8=19,9=23,10=29)

Supplemental page points:     5.0
IV.     21.4
Page 1 Subtotal:     80.2

Effective Date:  For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998, and subsequent revisions.

RECEIVED
JD PEACOCK II
2016 APR 18 AM 7 28
CLERK CIRCUIT COURT
OKALOOSA COUNTY
FT WALTON BEACH, FL

```
|NAME (LAST,FIRST,MI)                          |DOCKET #              |
|TOBIN, MATTHEW,                               |1600355               |
|  .                                           |                      |
```

|                                                          |      | Page 1 Subtotal: | 80.2 |
|----------------------------------------------------------|------|------------------|------|

V.   Legal Status violation = 4 Points                                        V.      0.0
__ Escape __ Failure to appear __ Fleeing __ Supersedeas bond
__ Incarceration __ Pretrial Intervention or diversion Program
__ Court Imposed or post prison release community supervision
   resulting in a conviction

VI.  Community Sanction violation before the court for sentencing  VI.     24.0
__ Probation __ Community Control __ Pretrial Intervention or diversion
   __   6 points for any violation other than new felony conviction x
           ___ each successive violation OR
   __   New felony conviction = 12 points x ___ each successive
        violation if new offense results in conviction before or at the
        same time as sentence for violation of probation OR
   __   12 Points x ___ each successive violation for a violent
        felony offender of special concern when the violation is not
        based solely on failure to pay costs, restitution OR
   __   New felony conviction = 24 points x ___ each successive violation
        for a violent felony offender of special concern if new
        offense results in a conviction before or at the same for
        violation of probation

VII.  Firearm/Semi-Automatic or Machine Gun = 18 or 25 points    VII.     0.0
VIII. Prior Serious Felony = 30 Points                           VIII.    0.0

                                        Subtotal Sentence Points     104.2

IX.   Enhancements (only if the primary offense qualifies for enhancement)

| Law Enf. | Drug | Motor Vehicle | Criminal | Domestic | Adult-on-Minor |
|----------|------|---------------|----------|----------|----------------|
| Protect | Trafficker | Theft | Gang Offense | Violence in | Sex Offense |
|  |  |  |  | the Presence | (offenses |
|  |  |  |  | of | committed |
|  |  |  |  | Related Child | on or after |
|  |  |  |  | (offenses | 10/01/2014) |
|  |  |  |  | committed |  |
|  |  |  |  | on or after |  |
|  |  |  |  | 03/12/2007) |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| __ X 1.5/2.0/2.5 | __ X 1.5 | __ X 1.5 | __ X 1.5 | __ X 1.5 | __ X 2.0 |

                    Enhanced Subtotal Sentence Points   IX.      0.0
                                 TOTAL SENTENCE POINTS         104.2

Effective Date:  For offenses committed under the Criminal Punishment Code
effective for offenses committed on or after October 1, 1998, and subsequent
revisions.

                              SENTENCE COMPUTATION

---

| If total sentence points are less than or equal to 44, the lowest permissible
| sentence is any non-state prison sanction.  If the total sentence points are
| 22 points or less, see Section 775.082(10), Florida Statutes, to determine if
| the court must sentence the offender to a non-state prison sanction.

---

| If total sentence points are greater than 44:
|
|    104.2              minus 28 =    76.2 X .75  =         57.1
|  total sentence points                       lowest permissible prison
|                                              sentence in months
|  If total sentence points are 60 points or less and court makes findings
|  pursuant to both Florida Statutes 948.20 and 397.334(3), the court may place
|  the defendant into a treatment-based drug court program.

---

| The maximum sentence is up to the statutory maximum for the primary and any
| additional offenses as provided in s.775.082, F.S., unless the lowest
| permissible sentence under the code, exceeds the statutory maximum. Such
| sentences may be imposed concurrently or consecutively. If total sentence
| points are greater than or equal to 363, a life sentence may be imposed.
|                                               20.0
|                                            maximum sentence
|                                              in years

---

                      TOTAL SENTENCE IMPOSED
                                    Years        Months        Days
  ✓ State Prison      ___ Life        10        _____      _____
  ✓ County Jail       ___ Time Served  |        _____      _____
  ___ Community Control              _____    _____      _____
  ___ Probation    ___ Modified      _____    _____      _____
Please check if sentenced as  ✓ habitual offender, ___ habitual violent offender,
  ___ violent career criminal, ___ prison releasee reoffender, or a ___ mandatory
minimum applies.
___ Mitigated Departure  ___ Plea Bargain  ___ Prison Diversion Program
Other Reason   _____

---

|
|  JUDGE'S SIGNATURE        _____
|

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998, and subsequent revisions.

RULE 3.992(b)  CRIMINAL PUNISHMENT CODE SUPPLEMENTAL SCORESHEET

| NAME (LAST, FIRST, MIDDLE, SUFFIX) | DOCKET | UNIFORM CASE NUMBER | DATE OF SENT |
|---|---|---|---|
| TOBIN, MATTHEW, ALLEN, | 1600355 | | 03/31/2016 |

II. ADDITIONAL OFFENSE(S):

| Docket# | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|

(Level-Points:M=0.2,1=0.7,2=1.2,3=2.4,4=3.6,5=5.4,6=18,7=28,8=37,9=46,10=58)

II.    0.0

IV.  PRIOR RECORD:

| FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUAL ASCR | DESCRIPTION | NBR | PTS | TOTAL |
|---|---|---|---|---|---|---|---|
| MISDEME | MISDEMEANOR | M | | MISDEMEANOR | 014 X | 0.2 = | 2.8 |
| MISDEME | 812.014(3)(A) | M | | PETIT-THEFT-MISD | 002 X | 0.2 = | 0.4 |
| MISDEME | 741.31(4)(A) | M | | VIOL DOM VIOLENCE I | 002 X | 0.2 = | 0.4 |
| MISDEME | 810.08 | M | | TRESPASS-MISD | 001 X | 0.2 = | 0.2 |
| MISDEME | 893.147(1) | M | | POSS.DRUG PARAPHERN | 001 X | 0.2 = | 0.2 |
| MISDEME | 893.13(6)(B) | M | | POSSES MARIJUANA-MI | 001 X | 0.2 = | 0.2 |
| MISDEME | 322.34 | M | | DRIVE W/LIC. S/R/C/ | 004 X | 0.2 = | 0.8 |

(Level-Points:M=0.2,1=0.5,2=0.8,3=1.6,4=2.4,5=3.6,6=9,7=14,8=19,9=23,10=29)

IV.    5.0

Reasons for Departure - Mitigating Circumstances
(reasons may be checked here or written on the scoresheet)

___ Legitimate, uncoerced plea bargain

___ The defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

___ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of law was substantially impaired.

___ The defendant requires specialized treatment for a mental disorder that is unrelated to substance abuse or addiction, or for a physical disability, and the defendant is amenable to treatment.

___ The need for payment of restitution to the victim outweighs the need for a prison sentence.

___ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

___ The defendant acted under extreme duress or under the domination of another person.

___ Before the identity of the defendant was determined, the victim was substantially compensated.

___ The defendant cooperated with the State to resolve the current offense or any other offense.

___ The offense was committed in an unsophisticated manner and was an isolated incident for which the defendant has shown remorse.

___ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

___ The defendant is to be sentenced as a youthful offender.

___ The defendant is amenable to the services of a postadjudicatory treatment-based drug court program and is otherwise qualified to participate in the program.

___ The defendant was making a good faith effort to obtain or provide medical assistance for an individual experiencing a drug-related overdose.

Pursuant to 921.0026(3) the defendant's substance abuse or addiction does not justify a downward departure from the lowest permissible sentence, except for the provisions of s.921.0026(2)(m).

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998, and subsequent revisions.

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR OKALOOSA COUNTY, FLORIDA

STATE OF FLORIDA,

     Plaintiff,

v.                                                                                          Case Nos.: 2015-CF-2644
2016-CF-0355

MATTHEW ALLEN TOBIN,

     Defendant.

---

## ORDER DISMISSING DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF

**THIS CAUSE** is before the Court on Defendant's *pro se* Motion for Postconviction Relief timely filed on September 15, 2016, pursuant to Florida Rule of Criminal Procedure 3.850. Having reviewed the motion and applicable law, the Court finds that the motion is facially insufficient because it does not comply with the content requirements of rule 3.850(c). *See, e.g.*, Fla. R. Crim. P. 3.987.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Postconviction Relief is **DISMISSED WITHOUT PREJUDICE** to file a facially sufficient amended motion **within 60 days of the date of service of this order.** Defendant has no right to appeal this order until entry of a final order.

**DONE AND ORDERED** in Chambers at the Okaloosa County Courthouse Annex Extension, Fort Walton Beach, Florida, this 11 day of Nov., 2016.

_____
MICHAEL A. FLOWERS
CIRCUIT JUDGE

MAF/cl

*Page 1 of 2*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing Order Dismissing Defendant's Motion for Postconviction Relief was furnished via regular U.S. Mail (unless otherwise indicated) to:


Matthew A. Tobin (DC#P34138)
Walton Correctional Institution
691 Institution Road
DeFuniak Springs, Florida 32433

Kimberly C. Torres, Assistant State Attorney
151 Cedar Avenue
Crestview, Florida 32536
*(via electronic delivery)*


this ____ day of _____11/18/2016_____, 2016.


**JD PEACOCK II, Clerk of Court**


BY: _____Janishia Childres_____
      Deputy Clerk

Filing # 62798563 E-Filed 10/13/2017 11:11:23 AM

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR OKALOOSA COUNTY, FLORIDA

STATE OF FLORIDA,

      Plaintiff,

v.                                                        Case No.: 2016 CF 000355C

MATTHEW A. TOBIN,

      Defendant.

---

## ORDER DISMISSING DEFENDANT'S "MOTION FOR RE-SENTENCING"

---

**THIS MATTER** is before the Court on Defendant's *pro se* "Motion for Re-sentencing," filed on October 6, 2017. Defendant requests that the Court modify his sentence to time served. Based on the relief requested, the Court treats the motion as a motion to modify sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(c). Having reviewed the motion, the record, and applicable law, the Court concludes that the motion should be dismissed as untimely.

Defendant was sentenced on March 31, 2016.[1] He did not appeal. When no appeal is taken, the Court may only reduce or modify a legal sentence imposed by it within 60 days after the imposition of the sentence. *See* Fla. R. Crim. P. 3.800(c); *Iglesias v. State*, 76 So. 3d 370 (Fla. 3d DCA 2011). The instant motion was filed more than a year after Defendant was sentenced. Therefore, the Court does not have jurisdiction to modify Defendant's sentence. *See Simmons v. State*, 779 So. 2d 298 (Fla. 2d DCA 1999).

---

[1] Exhibit A.

*Page 1 of 2*

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Re-sentencing is **DISMISSED**.

**DONE AND ORDERED** in Chambers at the Okaloosa County Courthouse Annex Extension, Fort Walton Beach, Florida.

eSigned by CIRCUIT COURT JUDGE MICHAEL A. FLOWERS
on 10/12/2017 14:48:07 N.cauiml

**MICHAEL A. FLOWERS**
CIRCUIT JUDGE

MAF/krw

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing Order was furnished via e-Service (unless otherwise indicated) to:

Matthew A. Tobin
DC# P34138
Okaloosa Correctional Institution
3189 Colonel Greg Malloy Road
Crestview, FL 32539
*(via U.S. Mail)*

Kimberly C. Torres
Assistant State Attorney
151 Cedar Avenue
Crestview, Florida 32536
oka-div006@sa01.org

B`

eSigned by Cheryl Gary
on 10/13/2017 10:09:12 Lt2vyeNa

*Page 2 of 2*

# EXHIBIT A

☒ Probation Violator 15CF2644
☐ Community Control Violator
☐ Retrial
☐ Re-Sentencing

In the Circuit Court, First Judicial Circuit, in
and for Okaloosa County, Florida

RECEIVED
JD PEACOCK II

Division _____ **006** _____

**State of Florida**

2016 APR 18 AM 7 28  Case Number(s) **15CF2644; 16CF355 C**

**v.**

CLERK OF THE COURT
OKALOOSA COUNTY
FT WALTON BEACH, FL

**Defendant:    MATTHEW ALLEN TOBIN**

**Address:      560 W. JAMES LEE BLVD**
**              CRESTVIEW, FL**

**D.O.B.:       06-20-1982**

### JUDGMENT

The defendant **MATTHEW ALLEN TOBIN**, being personally before this court represented by **LISA RIVERS,**

**O.R.C.**, the attorney of record, and the state represented by **KIMBERLY C. TORRES, ESQ.**, and having

☐ been tried and found guilty by jury of the following crime(s)

☐ entered a plea of guilty to the following crime(s)

☒ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|-------------|
| 1 | VIOLATION OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE | 741.31 | 1`M | 15CF2644 | 4602073418 |
| 2 | ARMED TRESPASS ON PROPERTY OTHER THAN STRUCTURE OR CONVEYANCE | 810.09(2C) | 3`F | 15CF2644 | 4602073418 |
| 1 | BURGLARY OF AN UNOCCUPIED DWELLING | 810.02(3B) | 2`F | 16CF355 | 4602073221 |
| 2 | CRIMINAL MISCHIEF ($200 OR LESS) | 806.13(1B1) | 2`M | 16CF355 | 4602073221 |
| | | | | | |
| | | | | | |
| | | | | | |

☒    and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

☒    and being a qualified offender pursuant to s.943.325, the defendant shall be required to submit DNA samples as
required by law.

☐    and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

DONE AND ORDERED in open court in Okaloosa County, Florida, on the **31ˢᵗ** day of **MARCH 2016** and signed
this _____ day of _____, 2016.

**MICHAEL A. FLOWERS**
**Circuit Judge**

Defender **MATTHEW ALLEN TOBIN**                    Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

## CHARGES/COSTS/FEES

The defendant is hereby ordered to pay the following sums if checked:

☒   $50.00 pursuant to section 938.03, Florida Statutes (Crimes Compensation Trust Fund)
**16CF355**

☒   $3.00 as a court cost pursuant to section 938.01, Florida Statutes (Criminal Justice Trust Fund)
**16CF355**

☒   $2.00 as a court cost pursuant to section 938.15, Florida Statutes (Local Law Enforcement Education)
**16CF355**

☒   $50.00 as a court cost pursuant to section 775.083(2), Florida Statutes (Crime Prevention (BOCC))
**16CF355**

☒   $20.00 as a court cost pursuant to section 938.06, Florida Statutes (Crime Stopper Trust Fund and Fee)
**16CF355**

☒   $225.00 as a court cost pursuant to section 938.05, Florida Statutes (Additional court cost (CJF))
**16CF355**

☒   $65.00 as a court cost pursuant to section 939.185(1)(a), Florida Statutes (Additional costs (BOCC) –
Programs)
**16CF355**

☒   $100.00 as a court cost pursuant to section 938.27(8), Florida Statutes (Cost of Prosecution)
**PER CASE**

☐   $100.00 as a court cost pursuant to section 938.25, Florida Statutes (FDLE Operating Trust Fund Fee)

☐   $151.00 as a court cost pursuant to section 938.10, Florida Statutes (Crimes Against Minors)

☐   $151.00 as a court cost pursuant to section 938.085, Florida Statutes (Rape Crisis Trust Fund)

☐   $201.00 as a court cost pursuant to section 938.08, Florida Statutes (Domestic Violence Trust Fund)

☒   A sum of $100.00 pursuant to section 27.562, Florida Statutes (Court Appointed Counsel Fees)
**PER CASE**

☒   $50.00 pursuant to sections 27.525 and 938.29, Florida Statutes (Affidavit of Indigent Status Application Fee)

☐   Restitution in accordance with Court's pronouncement:_____

☒   Other: **OUTSTANDING FINES AND COURT COSTS REFERRED TO COLLECTIONS.**

DONE AND ORDERED in open court in Okaloosa County, Florida, on the **31**st day of **MARCH 2016** and signed this _____ day of _____, 2016.

_____
**MICHAEL A. FLOWERS**
**Circuit Judge**

Defender **MATTHEW ALLEN TOBIN**                    Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

**SENTENCE**
(As to Count(s): **ALL COUNTS**)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, **LISA RIVERS, ESQ.**, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown.

(Check one if applicable)

☐       and the Court having on _____ deferred imposition of sentence until this date
          (date)

☐       and the Court having previously entered a judgment in this case on _____ now re-sentences the
          defendant

☒       and the Court having placed the defendant on probation and having subsequently revoked the
          defendant's probation. **15CF2644**

**It is the Sentence of the Court that:**

☐       The defendant pay a fine in the amount of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as
          the 5% surcharge required by section 938.04, Florida Statutes.

☒       The defendant is hereby committed to the custody of the Department of Corrections.

☒       The defendant is hereby committed to the custody of the Sheriff of Okaloosa County, Florida.
          **15CF2644 (CT 1); 16CF355 (CT 2)**

☐       The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned (Check One; unmarked sections are inapplicable):**

☐       For a term of natural life.

☒       For a term of **5 YEARS (15CF2644 (CT 2); 1 YEAR (15CF2644 (CT 1); 10 YEARS (16CF355 (CT 1); TIME
          SERVED (16CF355 (CT 2)**.

☐       Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If a split sentence, complete the appropriate paragraph.

☐       Followed by a period of _____ on probation under the supervision of the Department of Corrections

          according to the terms and conditions of supervision set forth in a separate order entered herein.

☐       However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended

          and the defendant shall be placed on probation for a period of _____ under the supervision of the Department of

          Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before

the defendant begins service of the supervision terms.

Page 4 of 6

Defender **MATTHEW ALLEN TOBIN**          Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

## SPECIAL PROVISIONS
### (As to Count(s): **ALL COUNTS** )

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm** ☐ It is further ordered that the **3 year** minimum imprisonment provisions of section 775.087(2)(a), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking** ☐ It is further ordered that the _____ mandatory minimum imprisonment provisions of Section 893.135(1) Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School** ☐ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender** ☒ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.**16CF355**

**Habitual Violent Felony Offender** ☐ The defendant is adjudicated a habitual violent felony offender and has been Sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the Court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act** ☐ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense** ☐ It is further ordered that the defendant shall serve a life sentence without the possibility of parole in accordance with Florida Statute 775.082.

**Short-Barreled Rifle Shotgun, Machine Gun** ☐ It is further ordered that the minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise** ☐ It is further ordered that the 25 year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm** ☐ It is further ordered that the 3-year mandatory minimum imprisonment provision of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Sexual Predator** ☐ The defendant is adjudicated a sexual predator as set forth in section 775.21, F.S.

**Sexual Offender** ☐ The defendant meets the criteria for a sexual offender as set forth in section 943.0435(1)(a)1a., b., c., or d.

Defender **MATTHEW ALLEN TOBIN**          Case Number(s)**2015 CF 002644; 2016 CF 000355 C 006**

**Other Provisions:**

**Retention of Jurisdiction**   ☐   The Court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes.

**Jail Credit**   ☒   It is further ordered that the defendant shall be allowed a total of **122 (15CF2644); 47 (16CF355)** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**   ☐   It is further ordered that the defendant will be allowed credit for all time previously served on this count in the Department of Corrections prior to re-sentencing.

**Consecutive/Concurrent**   ☒   It is further ordered that sentence imposed for count **2 (15CF2644)** shall run **concurrent** with the sentence set forth in counts **1 (15CF2644) & 2 (16CF355)**.

☒   It is further ordered that sentence imposed for count **1 (16CF355)** shall run **consecutive** to the sentence set forth in count **2 (15CF2644)** but concurrent **FOR A TOTAL OF 15 YEARS**

**Consecutive/Concurrent As to Other Convictions**   ☐   It is further ordered that the composite term of all sentences for the counts specified in this order shall run (check one): ☐ consecutive to ☐ concurrent with the following (check one):

☐   Any active sentence being served.

☐   Specific sentences:

In the event the above sentence is to the Department of Corrections, the Sheriff of Okaloosa Countyis hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statutes.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within thirty (30) days from this date with the clerk of this Court and the defendant's right to the assistance of counsel in taking the appeal as the expense of the state on showing indigency.

In imposing the above sentence, the court further orders:

DONE AND ORDERED in open court at Okaloosa County, Florida this **31**st day of **MARCH 2016** and signed this __14__ day of _____April_____, 2016.

**MICHAEL A. FLOWERS**
**Circuit Judge**

# JD PEACOCK II



## CLERK OF CIRCUIT COURT AND COMPTROLLER, OKALOOSA COUNTY, FLORIDA

## MEMORANDUM

**STATE OF FLORIDA**

    **vs.**

**MATTHEW TOBIN**

                                **Case No.(s:)   2015 CF 002644 C**
                                                       **2016 CF 000355 C**

**FROM:**      **The Court**

**Date:**        October 6, 2017

The above referenced defendant has filed the following motion(s) or request(s) for judicial attention with the court:

The Clerk's office has received your request and it is being processed.

MEMO TO:   MATTHEW TOBIN P#34138
                 OKALOOSA CORRECTIONAL INSTITUTION
                 3189 COL. GREG MALLORY RD.
                 CRESTVIEW, FL 32539