**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MATTHEW A. TOBIN,**

      **Petitioner,**

**v.**                                **Case No. 3:26-cv-3646-AW-HTC**

**RICKY D. DIXON,**

      **Respondent.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Matthew Tobin petitioned for habeas relief under § 2254. The magistrate judge issued a report and recommendation that concluded the court should dismiss the petition as untimely and deny a certificate of appealability. ECF No. 3. Tobin filed objections, ECF No. 4, and I have considered de novo the issues he raised.

Having fully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on June 11, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge